*Charles M. Walker*
U.S. Bankruptcy Judge
Dated: 12/23/2019



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO: 3:19-bk-07235 |
| CUMMINGS MANOOKIAN, PLLC, ) | Chapter 7 |
| ) | Honorable Charles M. Walker |
| Debtor. ) | |

### ORDER OVERRULING OBJECTION AND EMPLOYING THOMPSON BURTON PLLC AS SPECIAL COUNSEL

This matter came before the Court for hearing on December 17, 2019 (the "Hearing"), on the Objection to the Chapter 7 Trustee's Application and Notice to Employ Thompson Burton PLLC as special counsel for the estate, filed pro se by Mr. Brian Manookian. Despite Mr. Manookian's dubious legal standing to object, the court considered the testimony of Phillip G. Young and argument of counsel and Mr. Manookian at the Hearing, as well as, the Application to Employ (Docket # 6), Mr. Manookian's Objection to the Employment (Docket #14), the Trustee's Supplemental Brief (Docket # 16), Mr. Manookian's Supplemental Reply (Docket # 18), Trustee's Response to Manookian's Reply (Docket #19), and Trustee's Supplemental Application to Employ (Docket # 21). After fully considering the matter, the Court finds as follows:

Pursuant to the requirements of 11 U.S.C. § 327(e), Phillip G. Young and all members in the firm of Thompson Burton PLLC, are duly admitted to practice in this Court, represent no interest adverse to the debtor or to the estate with respect to the matters on which Thompson

Burton PLLC is being employed by the Trustee and such employment is in the best interest of the estate.

**IT IS HEREBY, ORDERED** that the Objection filed by Mr. Manookian located at docket entry #14 is **OVERRULED**. Pursuant to sections 327(e) and 328(a) of the Bankruptcy Code, and Bankruptcy Rules 2014(a) and 2016(b), the Application to Employ is **APPROVED**. Jeanne Ann Burton, Trustee, is authorized to employ Thompson Burton PLLC to represent her, as special counsel in the administration of the above-styled estate.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE**

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.