In re:
CUMMINGS MANOOKIAN, PLLC
    Debtor

Case No. 19-07235-CMW
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0650-3    User: anm0611    Page 1 of 1    Date Rcvd: Apr 15, 2020
Form ID: pdf001    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2020.
db     +CUMMINGS MANOOKIAN, PLLC,    45 MUSIC SQUARE WEST,    NASHVILLE, TN 37203-3205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2020      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2020 at the address(es) listed below:

    CRAIG VERNON GABBERT, JR    on behalf of Defendant Afsoon   Hagh cgabbert@bassberry.com, bankr@bassberry.com;delores.walker@bassberry.com
    CRAIG VERNON GABBERT, JR    on behalf of Interested Party   Hagh Law, PLLC cgabbert@bassberry.com, bankr@bassberry.com;delores.walker@bassberry.com
    CRAIG VERNON GABBERT, JR    on behalf of Interested Party Afsoon   Hagh cgabbert@bassberry.com, bankr@bassberry.com;delores.walker@bassberry.com
    CRAIG VERNON GABBERT, JR    on behalf of Defendant   Hagh Law PLLC cgabbert@bassberry.com, bankr@bassberry.com;delores.walker@bassberry.com
    DANIEL HAYS PURYEAR    on behalf of Creditor   D.F. Chase, Inc. dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com
    DANIEL HAYS PURYEAR    on behalf of Creditor Sandra   Chase dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com
    DANIEL HAYS PURYEAR    on behalf of Creditor Dean   Chase dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com
    GLENN BENTON ROSE    on behalf of Interested Party   Hagh Law, PLLC grose@bassberry.com, bankr@bassberry.com
    GLENN BENTON ROSE    on behalf of Interested Party Afsoon   Hagh grose@bassberry.com, bankr@bassberry.com
    GLENN BENTON ROSE    on behalf of Defendant Afsoon   Hagh grose@bassberry.com, bankr@bassberry.com
    GLENN BENTON ROSE    on behalf of Defendant   Hagh Law PLLC grose@bassberry.com, bankr@bassberry.com
    HARRY R CASH    on behalf of Creditor   Grant, Konvalinka & Harrison, P.C. hcash@gkhpc.com, hdowney@gkhpc.com
    JEANNE ANN BURTON    TN24@ecfcbis.com
    JOHN TATE SPRAGENS    on behalf of Defendant   Manookian PLLC JOHN@SPRAGENSLAW.COM
    JOHN TATE SPRAGENS    on behalf of Defendant Afsoon   Hagh JOHN@SPRAGENSLAW.COM
    JOHN TATE SPRAGENS    on behalf of Defendant   Hagh Law PLLC JOHN@SPRAGENSLAW.COM
    LEFKOVITZ AND LEFKOVITZ, PLLC    on behalf of Debtor   CUMMINGS MANOOKIAN, PLLC slefkovitz@lefkovitz.com, stevelefkovitz@aol.com;sllbkecf@gmail.com;khancock@lefkovitz.com;lefkovitzcvlecf@lefkovitz.com;r52946@notify.bestcase.com;mspezia@lefkovitz.com
    MEGAN REED SELIBER    on behalf of U.S. Trustee   US TRUSTEE megan.seliber@usdoj.gov
    PHILLIP G YOUNG    on behalf of Plaintiff Jeanne Ann Burton phillip@thompsonburton.com
    PHILLIP G YOUNG    on behalf of Trustee JEANNE ANN BURTON phillip@thompsonburton.com
    PHILLIP L NORTH    on behalf of Creditor Toby   Smith, M.D. pn@npr.legal
    PHILLIP L NORTH    on behalf of Creditor   Middle Tennessee Pulmonary pn@npr.legal
    PHILLIP L NORTH    on behalf of Creditor Phillip   Family Medical Associates pn@npr.legal
    PHILLIP L NORTH    on behalf of Creditor George   Robertson, M.D. pn@npr.legal
    US TRUSTEE    ustpregion08.na.ecf@usdoj.gov

     TOTAL: 25

*Charles M. Walker*
U.S. Bankruptcy Judge
Dated: 4/15/2020



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **CUMMINGS MANOOKIAN, PLLC,** | ) | **Case No. 3:19-bk-07235** |
| Debtor. | ) | **Chapter 7** |
| | ) | **Judge Walker** |

## ORDER CONTINUING HEARING ON
## TRUSTEE'S MOTION TO COMPEL TURNOVER OF RECORDS

This matter is currently set for a hearing on the Trustee's Motion to Compel Turnover of Records (the "Motion to Compel") on April 21, 2020. Upon consideration of the Motion to Continue Hearing on Trustee's Motion to Compel Turnover of Records (the "Motion to Continue") filed by the Trustee, and for the reasons set forth in the Motion to Continue, the Court finds that good cause exists and, therefore,

**IT IS ORDERED** that the hearing on the Motion to Compel presently set on ~~March 24~~ April 21, 2020 is hereby be reset to   May 19   , 2020 at  10:15 a.m. in Courtroom 2, Second Floor, Customs House, 701 Broadway, Nashville, Tennessee 37203.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE

hearing will take place telephonically (Phone number 888-363-4749 Access Code 7250422 ) pursuant to Judge Walker's CH7 & 11 Tuesday Docket Procedures after March 25, 2020 located on the Court's website at: http://www.tnmb.uscourts.gov/coronavirus-disease-covid-19-information-relating-court-operations-intake-department-closed-public

APPROVED FOR ENTRY:

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.