# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 319-07235-CW-7 CW  
**Case Name:** CUMMINGS MANOOKIAN, PLLC  

**Period Ending:** 03/31/20

**Trustee:** (620290) Jeanne Ann Burton, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 11/06/19 (f)  
**§341(a) Meeting Date:** 12/02/19  
**Claims Bar Date:** 04/01/20

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Accounts Receivable (See Footnote) | 70,000.00 | 0.00 | | 0.00 | FA |
| 2 | Office Equipment/ Furn (Debtor does not own any) | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Costs due in various cases<br>   There are cases where costs have been advanced in lawsuits contingent upon cases being successfully resolved but are presently unrealized due to the cases being pending without resolution. (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 4 | A/R Case BaHC<br>   Potential Attorney Fees/Costs for confidential case | Unknown | Unknown | | 0.00 | Unknown |
| 5 | A/R Case BaHu<br>   Potential Attorney Fees/Costs for confidential case | Unknown | Unknown | | 0.00 | Unknown |
| 6 | A/R Case BeLb<br>   Potential Attorney Fees/Costs for confidential case | Unknown | Unknown | | 0.00 | Unknown |
| 7 | A/R Case BrRe<br>   Potential Attorney Fees/Costs for confidential case | Unknown | Unknown | | 0.00 | Unknown |
| 8 | A/R Case DyVa<br>   Potential Attorney Fees/Costs for confidential case | Unknown | Unknown | | 0.00 | Unknown |
| 9 | A/R Case KnRi<br>   Potential Attorney Fees/Costs for confidential case | Unknown | Unknown | | 0.00 | Unknown |
| 10 | A/R Case MiVa<br>   Potential Attorney Fees/Costs for confidential case | Unknown | Unknown | | 0.00 | Unknown |
| 11 | A/R Case RuAr<br>   Potential Attorney Fees/Costs for confidential case | Unknown | 28,884.58 | | 28,884.58 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 319-07235-CW-7 CW  **Trustee:** (620290)  Jeanne Ann Burton, Chapter 7 Trustee
**Case Name:** CUMMINGS MANOOKIAN, PLLC  **Filed (f) or Converted (c):** 11/06/19 (f)
  **§341(a) Meeting Date:** 12/02/19
**Period Ending:** 03/31/20  **Claims Bar Date:** 04/01/20

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 12 A/R Case SaRo<br>  Potential Attorney Fees/Costs for confidential case | Unknown | Unknown | | 0.00 | Unknown |
| 13 A/R Case ShVa<br>  Potential Attorney Fees/Costs for confidential case | Unknown | Unknown | | 0.00 | Unknown |
| 14 A/R Case ThSi - Preference DE 56  (u) | 23,637.22 | 23,637.22 | | 0.00 | 23,637.22 |
| 15 A/R Case WaMo<br>  Potential Attorney Fees/Costs for confidential case | Unknown | Unknown | | 0.00 | Unknown |
| 16 A/R Case WhPa<br>  Potential Attorney Fees/Costs for confidential case | Unknown | Unknown | | 0.00 | Unknown |
| 17 A/R Case WoMi<br>  Potential Attorney Fees/Costs for confidential case | Unknown | Unknown | | 0.00 | Unknown |
| 18 A/R Case FiOs  Adversary 320:ap-90002<br>  Disputed Attorney Fees/Costs for confidential case<br>  (See Footnote) | 1,400,000.00 | 1,400,000.00 | | 0.00 | 1,400,000.00 |
| 18 Assets  Totals (Excluding unknown values) | $1,493,637.22 | $1,452,521.80 | | $28,884.58 | $1,423,637.22 |

RE PROP# 1   See itemized individual receivable assets
RE PROP# 3   Each cost is part of the individually itemized receivable case assets
RE PROP# 18  Case settled. Adversary 320-ap-90002  pending re dispute as to entittlement of fees. $715,000.00 of
   the fees ordered in escrow with Court.

**Major Activities Affecting Case Closing:**

   schedules are at DE 1,7,9 and 10

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 319-07235-CW-7 CW  
**Case Name:** CUMMINGS MANOOKIAN, PLLC  

**Period Ending:** 03/31/20  

**Trustee:** (620290) Jeanne Ann Burton, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 11/06/19 (f)  
**§341(a) Meeting Date:** 12/02/19  
**Claims Bar Date:** 04/01/20  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

11/18/19-motion to employ P. Young filed

12/2/19- documents requested at the moc

12/3/19 e-mail to J. Lefkovitz re bank statements and credit card statements and documents requested at moc

12/9/19-objection to motion to employ P. Young filed; hearing is 12/17/19

12/10/19 attend hearing on TRO against Hagh Law in Lawrenceburg

12/11/19 review proposed TRO order

12/11/19 discuss witness and exhibit list with P. Young for motion to employ special counsel

12/13/19 t/c John Konvilinka re appeal-his name was given to me by debtor's counsel;e-mail to debtor's counsel re supplying info

12.13.19 t/c Charles Malone at Butler Snow re appeal-he represents the appellees

12/17/19 hearing on Motion to employ speical counsel- court took matter under advisement

12/20/19-order re: TE app to employ special counsel gives the TE until 12/24/19 to file supp. app and more info

12/21/19-supplement to app. of TE to employ special counsel filed

12/23/19-order granting application to employ Thompson Burton PLLC entered

12/23/19-B. Manookian filed request for leave to respond in opposition and objection to app. to employ Thompson Burton PLLC

12/23/19-prep of suggestion of bk in Ct. of Appeals

12/26/19-order denying B. Manookain request for leave to respond entered

1/2/2020-prep of suggestion of bk in Circuit Ct (mail)

1/2/2020-send demand letter to A. Hagh (to d/m case against Debtor)-reg and cert. mail

1/2/2020-file asset notice; last day to file claims is 4/1/2020

1/3/2020- review order from COA re oral arugument

1/8/2020-complaint filed

1/8/2020-expedited motion/order for turnover of funds filed

1/9/2020-order setting hearing on motion for turnover of funds entered, deadline to object to the relief is 1/14/2020 at 4pm; hearing is scheduled for 1/15/2020 at 1:30pm

1/14/20-objection to expedited motion for turnover filed

1/14/20-NOA filed by John Spragens-attorney for Hagh Law

1/14/20-Plaintiff's reply to objection of Hagh Law PLLC filed

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 319-07235-CW-7 CW  
**Case Name:** CUMMINGS MANOOKIAN, PLLC  

**Period Ending:** 03/31/20

**Trustee:** (620290) Jeanne Ann Burton, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 11/06/19 (f)  
**§341(a) Meeting Date:** 12/02/19  
**Claims Bar Date:** 04/01/20

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

1/15/20-Hagh Law filed motion to strike Plaintiff's reply to objection  
1/15/20-summons and notice of pretrial -pretrial is 3/10/20  
1/15/20 attend hearing on motion for turnover of funds  
1/16/20-order entered for turnover of funds-funds to be deposited with Bk Court Clerk by 11:59 pm 1/21/20; final hearing will be 2/5/20  
1/17/20 review order re turnover of funds and setting final hearing  
1/28/20-review poc filed by Grant Konvlinka-based on default judgment  
1/28/20-motion to compel turnover of records filed; hearing is 2/11/20 (responses due by 2/7/20)  
1/31/20-prep and file motion for sanctions for violation of automatic stay-Hagh Law/Afsoon Hagh  
1/31/20-review NOA filed by Craig Gabbert (had returned earlier phone call)  
2/3/20 -phone call with C. Gabbert, atty for Ms. Hagh and Hagh Law  
2/3/20-hearing on motion for turnover of records rescheduled to 2/18/20  
2/3/20-hearing on motion for sanctions is 2/18/20  
2/6/20-order on expedited motion for turnover of funds sumbitted (Clerk to continue to hold the $715,000)  
2/7/20-response to motion to compel filed by B. Mannokian and S. Lefkovitz  
2/7/20-proposed a/o submitted re: complaint in Circuit Court dismissed and motion for sanctions is moot  
2/11/20-hearing on motion to compel turnover of records continued to 3/3/20  
2/24/20-motion for entry of default against defendants in adversary was filed  
2/24/20-entry of default entered in the adversary  
3/3/20-hearing on motion to compel continued to March 24, 2020  
3/3/20-motion to continue pretrial conference in adversary to March 24, 2020 filed  
3/4/20 consult with L. Williams re any requirment to file 2019 return-no requirement  
3/10/20-agreed order for turnover of monies held by Receiver filed  
3/13/20-prep of motion to employ Accountant  
3/16/20 answers filed in adv proceeding; entry of default will be withdrawn  
3/17/20 hearing on motion for turnover will be continued to 4/21/20; pretrial continued also

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 319-07235-CW-7 CW  **Trustee:** (620290)   Jeanne Ann Burton, Chapter 7 Trustee
**Case Name:** CUMMINGS MANOOKIAN, PLLC  **Filed (f) or Converted (c):** 11/06/19 (f)
  **§341(a) Meeting Date:** 12/02/19
**Period Ending:** 03/31/20  **Claims Bar Date:** 04/01/20

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2020   **Current Projected Date Of Final Report (TFR):** December 31, 2020