IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CUMMINGS MANOOKIAN, PLLC, | ) Case No. 3:19-bk-07235 |
| Debtor. | ) Chapter 7 |
| | ) Judge Walker |

### MOTION TO CONTINUE HEARING ON
### TRUSTEE'S MOTION TO COMPEL TURNOVER OF RECORDS

Come now Jeanne Ann Burton, Trustee (the "Trustee"), by and through counsel, and requests a six week continuance of the hearing on the Trustee's Motion to Compel Turnover of Records (the "Motion"). In support for this request, the Trustee states that Trustee's counsel and Debtor's counsel are in agreement that this matter should be continued so as to coincide with other matters scheduled in this case.

Therefore, the Trustee requests that the hearing currently scheduled for May 19, 2020 be reset on or after June 30, 2020.

Respectfully Submitted,

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee