**Form clkinq**

# United States Bankruptcy Court

MIDDLE DISTRICT OF TENNESSEE
Case No. **3:19−bk−07235**
**Chapter 7**

In re:
   CUMMINGS MANOOKIAN, PLLC
   45 MUSIC SQUARE WEST
   NASHVILLE, TN 37203

Social Security No.:

Employer's Tax I.D. No.:
   47−2636732

---

### CLERK'S REMARK

---

Clerk's Remark − The related document has the following defect(s): Document submitted under incorrect event.. (RE: related document(s)77 Objection to Trustee's Motion to Approve Fee and Expense Division Among Debtor and Cummings Law, LLC. Filed on the behalf of: Creditor Grant, Konvalinka & Harrison, P.C. (RE: related document(s)73).) (lel)


Dated: 5/19/20                                                                          TERESA C. AZAN
                                                                                                         Court Clerk