# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CUMMINGS MANOOKIAN, PLLC, ) | Case No. 3:19-bk-07235 |
| Debtor. ) | Chapter 7 |
| ) | Judge Walker |

## ORDER CONTINUING HEARING ON TRUSTEE'S MOTION TO APPROVE FEE AND EXPENSE DIVISION AMONG DEBTOR AND CUMMINGS LAW LLC

This matter is currently set for a hearing on the Trustee's Motion to Approve Fee and Expenses Division Among Debtor and Cummings Law, LLC (the "Motion") on May 26, 2020. Upon consideration of the Motion to Continue Hearing on Trustee's Motion to Approve Fee and Expenses Division Among Debtor and Cummings Law, LLC (the "Motion to Continue") filed by the Trustee, and for the reasons set forth in the Motion to Continue, the Court finds that good cause exists and, therefore,

**IT IS ORDERED** that the hearing on the Motion presently set on May 26, 2020 is hereby be reset to _____, 2020 at \_\_\_\_\_ **a.m.** in Courtroom 2, Second Floor, Customs House, 701 Broadway, Nashville, Tennessee 37203.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE

APPROVED FOR ENTRY:

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee