## CERTIFICATE OF NOTICE

District/off: 0650-3        User: anm0611            Page 1 of 2              Date Rcvd: May 26, 2020
                            Form ID: pdf001          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2020.
db              +CUMMINGS MANOOKIAN, PLLC,    45 MUSIC SQUARE WEST,    NASHVILLE, TN 37203-3205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2020 at the address(es) listed below:
              CRAIG VERNON GABBERT, JR    on behalf of Defendant Afsoon   Hagh cgabbert@bassberry.com,
               bankr@bassberry.com;delores.walker@bassberry.com
              CRAIG VERNON GABBERT, JR    on behalf of Interested Party    Hagh Law, PLLC cgabbert@bassberry.com,
               bankr@bassberry.com;delores.walker@bassberry.com
              CRAIG VERNON GABBERT, JR    on behalf of Interested Party Afsoon   Hagh cgabbert@bassberry.com,
               bankr@bassberry.com;delores.walker@bassberry.com
              CRAIG VERNON GABBERT, JR    on behalf of Defendant    Hagh Law PLLC cgabbert@bassberry.com,
               bankr@bassberry.com;delores.walker@bassberry.com
              DANIEL HAYS PURYEAR    on behalf of Creditor    D.F. Chase, Inc. dpuryear@puryearlawgroup.com,
               paralegalgroup@puryearlawgroup.com
              DANIEL HAYS PURYEAR    on behalf of Creditor Sandra   Chase dpuryear@puryearlawgroup.com,
               paralegalgroup@puryearlawgroup.com
              DANIEL HAYS PURYEAR    on behalf of Creditor Dean   Chase dpuryear@puryearlawgroup.com,
               paralegalgroup@puryearlawgroup.com
              GLENN BENTON ROSE    on behalf of Interested Party    Hagh Law, PLLC grose@bassberry.com,
               bankr@bassberry.com
              GLENN BENTON ROSE    on behalf of Interested Party Afsoon   Hagh grose@bassberry.com,
               bankr@bassberry.com
              GLENN BENTON ROSE    on behalf of Defendant Afsoon   Hagh grose@bassberry.com,   bankr@bassberry.com
              GLENN BENTON ROSE    on behalf of Defendant    Hagh Law PLLC grose@bassberry.com,
               bankr@bassberry.com
              HARRY R CASH    on behalf of Creditor    Grant, Konvalinka & Harrison, P.C. hcash@gkhpc.com,
               hdowney@gkhpc.com
              JEANNE ANN BURTON     TN24@ecfcbis.com
              JOHN TATE SPRAGENS    on behalf of Defendant    Manookian PLLC JOHN@SPRAGENSLAW.COM,
               4950469420@filings.docketbird.com
              JOHN TATE SPRAGENS    on behalf of Defendant Afsoon   Hagh JOHN@SPRAGENSLAW.COM,
               4950469420@filings.docketbird.com
              JOHN TATE SPRAGENS    on behalf of Defendant    Hagh Law PLLC JOHN@SPRAGENSLAW.COM,
               4950469420@filings.docketbird.com
              LEFKOVITZ AND LEFKOVITZ, PLLC    on behalf of Debtor    CUMMINGS MANOOKIAN, PLLC
               slefkovitz@lefkovitz.com,
               stevelefkovitz@aol.com;sllbkecf@gmail.com;khancock@lefkovitz.com;lefkovitzcvlecf@lefkovitz.com;r5
               2946@notify.bestcase.com;mspezia@lefkovitz.com
              MEGAN REED SELIBER    on behalf of U.S. Trustee    US TRUSTEE megan.seliber@usdoj.gov
              PHILLIP G YOUNG    on behalf of Plaintiff Jeanne Ann Burton phillip@thompsonburton.com
              PHILLIP G YOUNG    on behalf of Trustee JEANNE ANN BURTON phillip@thompsonburton.com
              PHILLIP L NORTH    on behalf of Creditor Toby   Smith, M.D. pn@npr.legal
              PHILLIP L NORTH    on behalf of Creditor    Middle Tennessee Pulmonary pn@npr.legal
              PHILLIP L NORTH    on behalf of Creditor Phillip   Family Medical Associates pn@npr.legal
              PHILLIP L NORTH    on behalf of Creditor George   Robertson, M.D. pn@npr.legal
              US TRUSTEE    ustpregion08.na.ecf@usdoj.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 25

Charles M. Walker
U.S. Bankruptcy Judge
Dated: 5/26/2020



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CUMMINGS MANOOKIAN, PLLC, | ) Case No. 3:19-bk-07235 |
| Debtor. | ) Chapter 7 |
| | ) Judge Walker |

### ORDER CONTINUING HEARING ON TRUSTEE'S MOTION TO APPROVE FEE AND EXPENSE DIVISION AMONG DEBTOR AND CUMMINGS LAW LLC

This matter is currently set for a hearing on the Trustee's Motion to Approve Fee and Expenses Division Among Debtor and Cummings Law, LLC (the "Motion") on May 26, 2020. Upon consideration of the Motion to Continue Hearing on Trustee's Motion to Approve Fee and Expenses Division Among Debtor and Cummings Law, LLC (the "Motion to Continue") filed by the Trustee, and for the reasons set forth in the Motion to Continue, the Court finds that good cause exists and, therefore,

**IT IS ORDERED** that the hearing on the Motion presently set on May 26, 2020 is hereby be reset to __JUNE 9__, 2020 at __10:00__ a.m. ~~in Courtroom 2, Second Floor, Customs House, 701 Broadway, Nashville, Tennessee 37203.~~ VIA AT&T teleconference by dialing 888-363-4749, Access Code 7250422.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE

APPROVED FOR ENTRY:

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.