# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 19-07235  
**Case Name:** CUMMINGS MANOOKIAN, PLLC  
**For Period Ending:** 03/31/2021

**Trustee Name:** (620290) Jeanne Ann Burton  
**Date Filed (f) or Converted (c):** 11/06/2019 (f)  
**§ 341(a) Meeting Date:** 12/02/2019  
**Claims Bar Date:** 04/01/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | Accounts Receivable (See Footnote) | 70,000.00 | 0.00 | | 0.00 | FA |
| 2 | Office Equipment/ Furn (Debtor does not own any) | 0.00 | 0.00 | | 0.00 | FA |
| 3* | Costs due in various cases<br>There are cases where costs have been advanced in lawsuits contingent upon cases being successfully resolved but are presently unrealized due to the cases being pending without resolution. (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 4 | A/R Case BaHC<br>Potential Attorney Fees/Costs for confidential case Trustee | 0.00 | 11,680.64 | | 11,680.64 | FA |
| 5* | A/R Case BaHu<br>Potential Attorney Fees/Costs for confidential case (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 6* | A/R Case BeLb<br>Potential Attorney Fees/Costs for confidential case (See Footnote) | 0.00 | 1.00 | | 0.00 | 1.00 |
| 7* | A/R Case BrRe<br>Potential Attorney Fees/Costs for confidential case (See Footnote) | 0.00 | 1.00 | | 0.00 | 1.00 |
| 8* | A/R Case DyVa<br>Potential Attorney Fees/Costs for confidential case (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 9 | A/R Case KnRi<br>Potential Attorney Fees/Costs for confidential case | 0.00 | 19,286.13 | | 19,286.13 | FA |
| 10* | A/R Case MiVa<br>Potential Attorney Fees/Costs for confidential case (See Footnote) | 0.00 | 1.00 | | 0.00 | 1.00 |
| 11 | A/R Case RuAr<br>Potential Attorney Fees/Costs for confidential case | 0.00 | 28,884.58 | | 28,884.58 | FA |
| 12* | A/R Case SaRo<br>Potential Attorney Fees/Costs for confidential case (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 13* | A/R Case ShVa<br>Potential Attorney Fees/Costs for confidential case (See Footnote) | 0.00 | 1.00 | | 0.00 | 1.00 |
| 14 | A/R Case ThSi - Preference DE 56 (u) | 0.00 | 23,637.22 | | 23,637.22 | FA |
| 15* | A/R Case WaMo<br>Potential Attorney Fees/Costs for confidential case (See Footnote) | 0.00 | 1.00 | | 0.00 | 1.00 |
| 16* | A/R Case WhPa<br>Potential Attorney Fees/Costs for confidential case (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case No.: | 19-07235 | Trustee Name: | (620290) Jeanne Ann Burton |
| Case Name: | CUMMINGS MANOOKIAN, PLLC | Date Filed (f) or Converted (c): | 11/06/2019 (f) |
| | | § 341(a) Meeting Date: | 12/02/2019 |
| For Period Ending: | 03/31/2021 | Claims Bar Date: | 04/01/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Formally Abandoned OA=§554(a) abandon.** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 17* A/R Case WoMi<br>Potential Attorney Fees/Costs for confidential case (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 18* A/R Case FiOs Adversary 320:ap-90002<br>Disputed Attorney Fees/Costs for confidential case (See Footnote) | 1,400,000.00 | 1,400,000.00 | | 0.00 | 1,400,000.00 |
| 19 A/R Case West MDL Settlement (u)<br>Fees/Costs for confidential casse | 3,739.85 | 3,739.85 | | 3,739.85 | FA |
| **19** **Assets Totals (Excluding unknown values)** | **$1,473,739.85** | **$1,487,233.42** | | **$87,228.42** | **$1,400,005.00** |

| | | |
|---|---|---|
| RE PROP# 1 | | See itemized individual receivable assets |
| RE PROP# 3 | | Each cost is part of the individually itemized receivable case assets |
| RE PROP# 5 | | CM will not receive fees in this case. |
| RE PROP# 6 | | Action is pending but not yet resolved. Accordingly, Trustee has shown a value of $1.00 to indicate the asset is being administered. |
| RE PROP# 7 | | Action is pending but not yet resolved. Accordingly, Trustee has shown a value of $1.00 to indicate the asset is being administered. |
| RE PROP# 8 | | CM will not receive fees in this case. |
| RE PROP# 10 | | Action is pending but not yet resolved. Accordingly, Trustee has shown a value of $1.00 to indicate the asset is being administered. |
| RE PROP# 12 | | CM will not receive fees in this case. |
| RE PROP# 13 | | Action is pending but not yet resolved. Accordingly, Trustee has shown a value of $1.00 to indicate the asset is being administered. |
| RE PROP# 15 | | Action is pending but not yet resolved. Accordingly, Trustee has shown a value of $1.00 to indicate the asset is being administered. |
| RE PROP# 16 | | CM will not receive fees in this case. |
| RE PROP# 17 | | CM will not receive fees in this case. |
| RE PROP# 18 | | Case settled. Adversary 320-ap-90002 pending re dispute as to entittlement of fees. $715,000.00 of the fees ordered in escrow with Court. |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

| | |
|---|---|
| **Case No.:** 19-07235 | **Trustee Name:** (620290) Jeanne Ann Burton |
| **Case Name:** CUMMINGS MANOOKIAN, PLLC | **Date Filed (f) or Converted (c):** 11/06/2019 (f) |
| | **§ 341(a) Meeting Date:** 12/02/2019 |
| **For Period Ending:** 03/31/2021 | **Claims Bar Date:** 04/01/2020 |

**Major Activities Affecting Case Closing:**

schedules are at DE 1,7,9 and 10
11/18/19-motion to employ P. Young filed
12/2/19- documents requested at the moc
12/3/19 e-mail to J. Lefkovitz re bank statements and credit card statements and documents requested at moc
12/9/19-objection to motion to employ P. Young filed; hearing is 12/17/19
12/10/19 attend hearing on TRO against Hagh Law in Lawrenceberg
12/11/19 review proposed TRO order
12/11/19 discuss witness and exhibit list with P. Young for motion to employ special counsel
12/13/19 t/c John Konvilinka re appeal-his name was given to me by debtor's counsel;e-mail to debtor's counsel re supplying info
12.13.19 t/c Charles Malone at Butler Snow re appeal-he represents the appellees
12/17/19 hearing on Motion to employ speical counsel- court took matter under advisement
12/20/19-order re: TE app to employ special counsel gives the TE until 12/24/19 to file supp. app and more info
12/21/19-supplement to app. of TE to employ special counsel filed
12/23/19-order granting application to employ Thompson Burton PLLC entered
12/23/19-B. Manookian filed request for leave to respond in opposition and objection to app. to employ Thompson Burton PLLC
12/23/19-prep of suggestion of bk in Ct. of Appeals
12/26/19-order denying B. Manookain request for leave to respond entered
1/2/2020-prep of suggestion of bk in Circuit Ct (mail)
1/2/2020-send demand letter to A. Hagh (to d/m case against Debtor)-reg and cert. mail
1/2/2020-file asset notice; last day to file claims is 4/1/2020
1/3/2020- review order from COA re oral arugument
1/8/2020-adversary complaint filed
1/8/2020-expedited motion/order for turnover of funds filed
1/9/2020-order setting hearing on motion for turnover of funds entered, deadline to object to the relief is 1/14/2020 at 4pm; hearing is scheduled for 1/15/2020 at 1:30pm
1/14/20-objection to expedited motion for turnover filed
1/14/20-NOA filed by John Spragens-attorney for Hagh Law
1/14/20-Plaintiff's reply to objection of Hagh Law PLLC filed
1/15/20-Hagh Law filed motion to strike Plaintiff's reply to objection
1/15/20-summons and notice of pretrial -pretrial is 3/10/20
1/15/20 attend hearing on motion for turnover of funds
1/16/20-order entered for turnover of funds-funds to be deposited with Bk Court Clerk by 11:59 pm 1/21/20; final hearing will be 2/5/20
1/17/20 review order re turnover of funds and setting final hearing
1/28/20-review poc filed by Grant Konvlinka-based on default judgment
1/28/20-motion to compel turnover of records filed; hearing is 2/11/20 (responses due by 2/7/20)
1/31/20-prep and file motion for sanctions for violation of automatic stay-Hagh Law/Afsoon Hagh
1/31/20-review NOA filed by Craig Gabbert (had returned earlier phone call)
2/3/20 -phone call with C. Gabbert, atty for Ms. Hagh and Hagh Law
2/3/20-hearing on motion for turnover of records rescheduled to 2/18/20
2/3/20-hearing on motion for sanctions is 2/18/20
2/6/20-order on expedited motion for turnover of funds sumbitted (Clerk to continue to hold the $715,000)
2/7/20-response to motion to compel filed by B. Mannokian and S. Lefkovitz
2/7/20-proposed a/o submitted re: complaint in Circuit Court dismissed and motion for sanctions is moot
2/11/20-hearing on motion to compel turnover of records continued to 3/3/20
2/24/20-motion for entry of default against defendants in adversary was filed
2/24/20-entry of default entered in the adversary
3/3/20-hearing on motion to compel continued to March 24, 2020
3/3/20-motion to continue pretrial conference in adversary to March 24, 2020 filed
3/4/20 consult with L. Williams re any requirment to file 2019 return-no requirement
3/10/20-agreed order for turnover of monies held by Receiver filed
3/13/20-prep of motion to employ Accountant

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 4

**Case No.:** 19-07235  
**Case Name:** CUMMINGS MANOOKIAN, PLLC  

**Trustee Name:** (620290) Jeanne Ann Burton  
**Date Filed (f) or Converted (c):** 11/06/2019 (f)  
**§ 341(a) Meeting Date:** 12/02/2019  

**For Period Ending:** 03/31/2021  
**Claims Bar Date:** 04/01/2020  

3/16/20 answers filed in adv proceeding; entry of default will be withdrawn  
3/17/20 hearing on motion for turnover will be continued to 4/21/20; pretrial continued also  
4/1/20 e-mail to D. Puryear re order for turnover for funds  
4/7/20-file order to employ Accountant-had wrong effective date on it  
4/7/20-filed amended order to employ Accountant  
4/14/20-motion to continue hearing on motion to compel and adversary pretrial conference filed  
4/15/20-order continuing hearings to May 19 at 10:15 am entered  
4/25/20-motion to approve fee/expense division filed  
5/15/20-motion to continue hearing on turnover of records and motion to continue pretrial in adv. filed  
5/18/20-order to continue hearing on turnover and pretrial to June 30, 2020 entered  
518/20-objection to motion to approve fee and expense division filed; hearing is scheduleld for 5/26/20 at 10 am  
5/22/20-motion to cont. hearing on motion to approve fee/expense division filed; expedited order submitted  
5/26/20-order to cont. hearing on motion to approve fee/expense division entered-hearing will be 6/9/20  
6/9/20-order approving fee and expense division among Debtor and Cummings Law filed  
6/29/20-motion and expedited order to continue hearing on motion to compel turnover filed  
6/29/20-order to continue hearing entered; hearing is 8/18/20 at 10:15 am (Telephonic)  
8/17/20-joint pretrial statement filed in adv. 20-90002  
8/19/20-adv pretrial has been continued to 1/12/2021 at 10:15 am  
8/19/20-order compelling turnover of documents entered  
9/3/20-review e-mail and phone call with P. Young re document production  
9/28/20- follow up with P. Young re documents and written discovery  
10/30/20-prep of notice of status of bk case to be filed in Ct. of Appeals  
11/9/20-e-mail to P. Young re written discovery  
11/23/20 review draft of written discovery  
12/16/20 review e-mail from P. Young responding to requests for additional time to respond to written discovery  
1/12/21 pretrial conference has been continued for 90 days; written discovery is outstanding  
2/1/21 review discovery responses and requests; t/c P. Young  
2/24/21-pretrial conference rescheduled for 4/16/21  
2/25/21 responses for request for admissions sent to Mr. Spragens  
3/2/21-email and mailed to P. Young- plaintiff's responses to first and second set of written discovery  
3/3/21-motion for stay of all discovery; hearing is 4/7/21 at 11am  
3/12/21-prep of letter to BK Clerk for certified copies  
3/17/21-t/c S. Lefkovitz re funds collected in state court receivership  
3/28/21- response to motion to stay filed  
4/2/21- discuss tax filing requirements with L.Williams  
4/2/21- t/c P. Young re upcoming hearing on motion to stay discovery in adversary proceeding  
4/7/21-motion to stay discovery is granted in part; discovery is stayed at least through 5/26/21. Hearing set for 5/26/21  
4/7/21-pretrial conference continued to 5/26/21  

**Initial Projected Date Of Final Report (TFR):** 12/31/2020  
**Current Projected Date Of Final Report (TFR):** 03/31/2022