# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| In re: | ) |
| | ) |
| **Cummings Manookian, PLLC** | ) Bankruptcy Case No. 3:19-bk-07235 |
| Debtor. | ) Chapter 7 |
| | ) Judge Walker |
| | ) |

## Withdrawal of Proof of Claim

INSBank respectfully gives notice that it is withdrawing its proof of claim (Proof of Claim #1) due to payoff. Specifically, the real estate collateral securing INSBank's loan to Debtor was sold and the loan paid in full. INSBank has contemporaneously updated its claim, on the claims register, to list a claim amount of zero.

Respectfully submitted,

 /s/ *Michael G. Abelow*
Michael G. Abelow (No. 26710)
SHERRARD ROE VOIGT & HARBISON, PLC
150 3rd Avenue South, Suite 1100
Nashville, Tennessee 37201
Telephone: (615) 742-4200
Fax: (615) 742-4539
mabelow@srvhlaw.com

## CERTIFICATE OF SERVICE

I certify that true and exact copies of the foregoing have been served via the Court's electronic filing system on May 17, 2021 on all filing users accepting electronic service.

*/s/ Michael G. Abelow*