# United States Bankruptcy Court

MIDDLE DISTRICT OF TENNESSEE
Case No. **3:19−bk−07235**
**Chapter 7**

In re:
   CUMMINGS MANOOKIAN, PLLC
   45 MUSIC SQUARE WEST
   NASHVILLE, TN 37203

Social Security No.:

Employer's Tax I.D. No.:
   47−2636732

---

## CLERK'S REMARK

---

Clerk's Remark − The related document has the following defect(s): Document submitted under incorrect event.. − LBR 9013 Response docketed without entering hearing information. (RE: related document(s)111 Objection to Trustee's Motion to Approve Compromise and Settlement. (Attachments: # 1 Exhibit 1) Filed on the behalf of: Creditor Grant, Konvalinka & Harrison, P.C. (RE: related document(s)108.) (lel)

Dated: 7/28/21                          TERESA C. AZAN
                                                                        Court Clerk