Charles M. Walker
U.S. Bankruptcy Judge
Dated: 8/4/2021



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUMMINGS MANOOKIAN, PLLC, | ) | Case No. 3:19-bk-07235 |
| Debtor. | ) | Chapter 7 |
| | ) | Judge Walker |

## AGREED ORDER RESOLVING CHAPTER 7 TRUSTEE'S
## OBJECTION TO CLAIM NUMBERS 3 AND 4

This matter came before the Court on the Chapter 7 Trustee's Objection to Claim Number 3 Filed by North, Pursell & Ramos, PLC, on Behalf of Family Medical Associates a/k/a Family Medical, P.C. (Doc. 98) and the Chapter 7 Trustee's Objection to Claim Number 4 Filed by North, Pursell & Ramos, PLC, on Behalf of Toby Smith, M.D. and Middle TN Pulmonary Assoc. (Doc. 99) (collectively, the "Objections"), and the Response to Chapter 7 Trustee's Objection to Claim Numbers 3 and 4 (Doc. 102) (the "Response") filed by Family Medical Associates, a/k/a Family Medical P.C., Toby Smith, M.D., and Middle TN Pulmonary Associates (collectively, the "Claimants"); Jeanne Ann Burton, the Chapter 7 Trustee herein (the "Trustee") and the Claimants having agreed, as evidenced by the signatures of counsel below, to resolve the Objections on the terms set forth herein; the Court having considered all related filings; and the Court finding sufficient cause for granting the relief as evidenced in this Agreed Order;

IT IS HEREBY FOUND:

    1.    The Claimants timely filed Claim Numbers 3 and 4 in this case.

2. The Trustee objected to Claim Numbers 3 and 4, alleging that they evidenced a debt owed by Brian Manookian, a principal of the Debtor, and not a debt owed by the Debtor.

3. The Claimants responded alleging that, to the extent the Trustee or this estate held funds that were ultimately payable to Brian Manookian individually, that the charging orders in favor of the Claimants mandated that the Trustee surrender those funds to the Claimants.

4. The Trustee and the Claimant have reached an agreement to resolve the Objections.

IT IS HEREBY ORDERED THAT:

1. Claim Numbers 3 and 4 are hereby disallowed as claims against the bankruptcy estate of Cummings Manookian, PLC, as they evidence a debt owed by Brian Manookian individually.

2. To the extent that the Trustee or the bankruptcy estate comes into possession of funds belonging to Brian Manookian, or to the extent that the Trustee is to make a distribution to Brian Manookian, the Trustee shall honor the terms of the charging orders entered by the Circuit Court of Davidson County, Tennessee and the Circuit Court of Wilson County, Tennessee.

3. The Court reserves the right to interpret and enforce this Order, as needed.

This order was signed and entered electronically as indicated at the top of the first page.

Approved for entry:

*/s/ Phillip G. Young, Jr.*
Phillip G. Young, Jr.
Thompson Burton PLLC
One Franklin Park
6001 Tower Circle, Suite 200
Franklin, TN  37067
Tel. (615) 465-6008
phillip@thompsonburton.com

Special Counsel for Jeanne Ann Burton, Trustee


*/s/ Phillip North*
Phillip North
North, Pursell & Ramos, PLC
Philip's Plaza
414 Union Street, Suite 1850
Nashville, TN 37219-1783
Tel. (615) 255-2555
pn@npr.legal

Attorney for Claimants

This Order has been electronically signed.  The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.