IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CUMMINGS MANOOKIAN, PLLC, ) | Case No: 3:19-bk-07235 |
| ) | Chapter 7 |
| ) | Judge Walker |
| Debtor. ) | |
| ) | **Hearing Date: September 17, 2021** |
| ) | **at 11:00 a.m.** |

**TRUSTEE JEANNE ANN BURTON'S WITNESS AND EXHIBIT LIST FOR SEPTEMBER 17, 2021 HEARING ON TRUSTEEE'S MOTION TO APPROVE COMPROMISE AND SETTLEMENT**

Comes now Movant, Jeanne Ann Burton, by and through special counsel, and hereby gives notice of the witnesses she may call, and exhibits she may introduce, at the September 17, 2021 hearing on the Trustee's Motion to Approve Compromise and Settlement (Doc. 108) (the "Settlement Motion"), the objection thereto by Grant, Konvalinka & Harrison, P.C. (Doc. 111) (the "GKH Objection"), the objection thereto of Brian Manookian (Doc. 112) (the "Manookian Objection") and the supplement to the Manookian Objection (Doc. 123) (the "Manookian Supplement"):

**WITNESS LIST**

1. <u>Jeanne Ann Burton, Trustee</u>. If called to testify, Trustee Burton will testify regarding the considerations and justifications for the settlement proposed in the Settlement Motion. She will also address issues raised in the GKH Objection, Manookian Objection, and Manookian Supplement.

2. The Trustee reserves the right to call the witnesses identified by any other party and any other witnesses needed to rebut evidence offered by any other party.

# EXHIBIT LIST

1. All documents previously filed with the Court in this matter, including statements, schedules, proofs of claim, the Settlement Motion, the GKH Objection, the Manookian Objection, the Manookian Supplement, the Trustee's responses to the GKH Objection and the Manookian Objection, and all exhibits to any document previously filed with the Court in this matter.

2. All documents filed in the *Chase v. Stewart* state court matter including order, appellate opinions, and motions.

3. The Trustee reserves the right to introduce any exhibits identified by any other party and any exhibits needed to rebut evidence offered by any other party.

DATED: September 15, 2021

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, Tennessee 37067
Tel:   (615) 465-6000
phillip@thompsonburton.com

Special Counsel for Chapter 7 Trustee