# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CUMMINGS MANOOKIAN, PLLC, ) | Case No. 3:19-bk-07235 |
| Debtor. ) | Chapter 7 |
| ) | Judge Walker |

## ORDER REGARDING HEARING ON TRUSTEE'S MOTION TO APPROVE COMPROMISE AND SETTLEMENT

On September 17, 2021, the Court continued the hearing on the Trustee's Motion to Approve Compromise and Settlement (Doc. 108), and the objections thereto filed by Grant, Konvalinka & Harrison, P.C. (Doc. 111) and by Brian Manookian (Doc. 112 and 124) to September 29, 2021. In conjunction with that continued hearing, the Court hereby issues the following deadlines:

IT IS HEREBY ORDERED that the parties shall file any motions in limine by September 24, 2021.

IT IS FURTHER ORDERED that the parties shall file witness and exhibit list, upload all exhibits, and file any factual stipulations by Noon on September 27, 2021.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE**

Submitted for entry:

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Counsel for Trustee


/s/ John P. Konvalinka
John P. Konvalinka
Harry R. Cash
Grant Konvalinka & Harrison, P.C.
633 Chestnut Street, Suite 900
Chattanooga, TN 37450-0900
Tel: (423) 756-8400
jkonvalinka@gkhpc.com
hcash@gkhpc.com

Counsel for Grant, Konvalinka & Harrison, P.C.


/s/ John Spragens
John Spragens
Spragens Law PLC
311 22nd Ave. N.
Nashville, TN 37203
Tel: (615) 983-8900
John@spragenslaw.com

Counsel for Brian Manookian