# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CUMMINGS MANOOKIAN, PLLC, ) | Case No. 3:19-bk-07235 |
| Debtor. ) | Chapter 7 |
| ) | Judge Walker |

## ORDER APPROVING PARTICIPATION
## OF PHILLIP YOUNG AT SEPTEMBER 29, 2021 HEARING

This matter having come before the Court on the motion (the "Motion") filed by Jeanne Ann Burton, chapter 7 trustee herein ("Trustee"), for an order approving the participation of her counsel, Phillip G. Young, at a hearing scheduled in this matter for September 29, 2021 at which Mr. Young might be called as a fact witness; and based upon the arguments made in the Motion; and the Court having reviewed Rule 3.7 of the Tennessee Rules of Professional Conduct; and the Court being satisfied that the relief herein is appropriate under the circumstances; and the court being otherwise sufficiently advised,

IT IS HEREBY FOUND THAT:

A.  Exclusion of Phillip G. Young's participation at the September 29, 2021 hearing in this matter as counsel for the Trustee would work a substantial hardship on the Trustee and this

bankruptcy estate.

B. Exclusion of Phillip G. Young's participation at the September 29, 2021 hearing in this matter as counsel for the Trustee is unnecessary, as the Court can ascertain the difference between comments made by Mr. Young as an advocate versus those made as a witness, and the Court will not be confused or misled by his participation as counsel

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. Phillip G. Young is allowed to participate as counsel for the Trustee at the September 29, 2021 hearing for all matters except for any direct examination or cross-examination of Mr. Young as a witness. The Trustee shall have other counsel present at the September 29, 2021 hearing to represent her with respect to any testimony that might be required of Mr. Young.

> This order was signed and entered electronically as indicated at the top of the first page.

AGREED TO AND
APPROVED FOR ENTRY:

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: 615-465-6008
phillip@thompsonburton.com

*Special Counsel to Trustee*