Charles M. Walker
U.S. Bankruptcy Judge
Dated: 9/24/2021



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No; 3: 19-bk-07235 |
| CUMMINGS MANOOKIAN, PLLC, ) | Chapter 7 |
| ) | Honorable Charles M. Walker |
| Debtor. ) | |
| ) | |

## ORDER SETTING FORTH PROCEDURES
## FOR HEARING ON
## THE TRUSTEE'S MOTION FOR COMPROMISE AND SETTLEMENT

THIS ORDER establishes the format for the hearing set before this Court on September 29, 2021 on the Trustee's Motion for Compromise and Settlement (ECF #108), and related matters (ECF 111, 112, 123, 124, and 125).

In order for a party to seek relief in a federal court, the U.S. Constitution requires the party to establish that it possesses standing to seek such relief. Standing is a mandatory jurisdictional requirement, and as such, this Court possesses the power to exercise its discretion to bifurcate jurisdictional issues from the merits of a controversy. Therefore,

IT IS HEREBY ORDERED that the issue of Brian Manookian's standing, as raised in the Trustee's response to Brian Manookian's Objection to the Trustee's proposed settlement of the Chase Parties[1], will be bifurcated from the merits of his objection and heard as a preliminary matter at the September 29, 2021 hearing. The Court will hear all evidence and argument and rule on the issue before taking up the merits of the settlement and the objections.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS
INDICATED AT THE TOP OF THE FIRST PAGE**

---

[1] Dean Chase, Sandra Chase, and D.F. Chase, Inc. (collectively, the "Chase Parties")

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.