Form hrgnot

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Bankruptcy Proceeding No. 3:19−bk−07235
Chapter 7
Judge Charles M Walker

In Re:
    CUMMINGS MANOOKIAN, PLLC
    45 MUSIC SQUARE WEST
    NASHVILLE, TN 37203

Social Security No.

Employer's Tax I.D. No.
    47−2636732

PLEASE TAKE NOTICE that a hearing will be held :

; via Zoom video; For details, please see www.tnmb.uscourts on 9/29/21 at 01:00 PM

to consider and act upon the following:

*136* – Trustee's Motion for To Strike Brian Manookian's Objection and to Preclude His Participation in the September 29, 2021 Hearing for Lack of Standing. Filed on the behalf of: Trustee JEANNE ANN BURTON (RE: related document(s)112, 123). (YOUNG, PHILLIP)


Dated: 9/24/21            /s/ TERESA C. AZAN
                                                                              Clerk, U.S. Bankruptcy Court