# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:19-bk-07235 |
| CUMMINGS MANOOKIAN, PLLC, ) | Chapter 7 |
| ) | Judge Walker |
| Debtor. ) | |
| ) | |

## BRIAN MANOOKIAN'S WITNESS AND EXHIBIT LIST FOR SEPTEMBER 29, 2021 HEARING ON TRUSTEE'S MOTION TO APPROVE

Brian Manookian, through counsel, gives notice of the witnesses he may call and exhibits he may introduce at the September 29, 2021 hearing on the Trustee's Motion to Approve Compromise and Settlement.

## WITNESS LIST

1. <u>Brian Manookian, Member, Cummings Manookian.</u> If called to testify, Brian Manookian will testify regarding his objection to the proposed settlement with the Chase Parties, the underlying Chase Litigation, and the bases for the objections raised in this objection (Doc. 112) and supplement thereto (Doc. 123). Mr. Manookian will also testify as to his personal knowledge of the Chase Parties' prior and recent offer to settle all claims with Cummings Manookian for a "walk-away."

2. <u>Jeanne Burton, Trustee</u>. Mr. Manookian may call Jeanne Burton to testify regarding her investigation of the Chase Claim, her awareness and verification of the Chase "walk-away" offer, and her rationale for proposing the particular terms contained in the proposed Settlement Agreement.

1

3. <u>Phillip Young, Special Counsel</u>. Mr. Manookian may call Phillip Young to testify regarding his role as receiver in the Chase State Court litigation as well as his arrangement, and the timing of his arrangement, to receive payments directly from the Chase Parties in that case.

4. <u>Daniel Horwitz, Attorney</u>. Mr. Manookian may call Mr. Horwitz regarding the Chase Parties' prior efforts to secure a walk-away settlement with Cummings Manookian.

5. <u>Mark Hammervold, Attorney</u>. Mr. Manookian may call Mr. Hammervold regarding the Chase Parties' prior efforts to secure a walk-away settlement with Cummings Manookian.

6. Mr. Manookian reserves the right to call the witnesses identified by any other party as well as rebuttal witnesses as necessary, including Charlie Malone, Beau Creason, and any of the Chase Parties.

## EXHIBIT LIST

1. All documents previously filed with the Court in this matter, and particularly any Exhibits to Mr. Manookian's objection and supplement thereto.

2. All pleadings filed in the *Chase v. Stewart* state court matter as well as the *Chase v. Cummings Manookian* matter.

3. Transcripts of statements made by Phillip Young in the *Chase v. Cummings Manookian* matter.

4. Any exhibit identified by any other party and any exhibits necessary for rebuttal.

Date: September 24, 2021               Respectfully submitted,


*/s/ John Spragens*
John Spragens (TN Bar No. 31445)
Spragens Law PLC
311 22nd Ave. N.
Nashville, TN 37203
T: (615) 983-8900
F: (615) 682-8533
john@spragenslaw.com

*Attorney for Manookian PLLC and Brian Manookian*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed September 24, 2021 and served electronically upon all parties in interest or their counsel as indicated on the receipt issued by the Court's electronic filing system.


   */s/ John Spragens*