UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE

IN RE: *
\* CASE NO.: 3:19-bk-07235
CUMMINGS MANOOKIAN, PLLC, *
\* CHAPTER 7
Debtor. *

## WITNESS AND EXHIBIT LIST OF GRANT, KONVALINKA & HARRISON, P.C.

Comes Grant, Konvalinka & Harrison, P.C. and submits its notice of witnesses and exhibits which it may call at the September 29, 2021 hearing on the Trustee's Motion to Approve Compromise and Settlement:

### WITNESS LIST

1. Brian Manookian. Mr. Manookian may testify regarding his personal knowledge of the Chase litigation, Chase offers to settle all claims with Cummings Manookian and the bases for his objection to the Trustee's proposed settlement.

2. Any witnesses identified by any other party and/or identified in any other witness lists filed relative to the September 29, 2021 hearing and any other witnesses needed to rebut evidence offered by any other party and/or witnesses testifying at such hearing.

### EXHIBIT LIST

1. Any exhibits identified by any other party and/or identified in any other exhibit lists filed relative to the September 29, 2021 hearing and any other exhibits needed to rebut evidence offered by any other party and/or witnesses testifying at such hearing.

1

Respectfully submitted,

GRANT KONVALINKA & HARRISON, P.C.

By:    s/John P. Konvalinka
      John P. Konvalinka (BPR #001780)
      Harry R. Cash (BPR #009385)
      633 Chestnut Street, Suite 900
      Chattanooga, TN 37450-0900
      jkonvalinka@gkhpc.com
      hcash@gkhpc.com
      (423) 756-8400
      (423) 756-6518 (*facsimile*)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 27, 2021, a true and exact copy of the foregoing Witness and Exhibit List of Grant, Konvalinka & Harrison, P.C. was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the Notice of Electronic Filing. In addition, a copy was sent by regular U.S. mail with sufficient postage thereon to deliver same to the following:

Jeanne Ann Burton, Trustee
Jeanne Ann Burton, PLLC
4117 Hillsboro Pike, Suite 103-106
Nashville, TN 37215

United States Trustee
701 Broadway
Customs House, Suite 318
Nashville, TN 37203

Phillip G. Young, Jr.
Thompson Burton PLLC
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, TN 37067

                          /s/ John P. Konvalinka