# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

Exhibit/Witness List

JEANNE ANN BURTON                                                   CASE NO: 3:19-bk-07235

vs.        Movant

BRIAN MANOOKIAN                                                     ADV NO:

   Respondent

| Presiding Judge | Plaintiff's/Movant's Attorney | Defendant's/Respondent's Attorney |
|---|---|---|
| Charles M Walker | PHILLIP YOUNG | JOHN SPRAGENS |
| **Trial/Hearing Date(s)** | **Court Reporter** | **Courtroom Deputy** |
| 9/29/2021 - 9/29/2021 | Tanja Brewer | Lauren Langston |

| Pltf./Mov. | Def./Resp. | Date Offered | Marked | Stipulated | Admitted | DESCRIPTION OF EXHIBITS * and WITNESSES |
|---|---|---|---|---|---|---|
| x | | 9/30/2021 | | | | Jeanne Ann Burton; Sworn Witness |