# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:19-bk-07235 |
| CUMMINGS MANOOKIAN, PLLC, ) | Chapter 7 |
| ) | Judge Walker |
| Debtor. ) | |
| ) | |

## BRIAN MANOOKIAN'S NOTICE OF APPEAL
## AND STATEMENT OF ELECTION

Brian Manookian, through counsel, gives notice of his appeal from the Bankruptcy Court's October 1, 2021 Order (Doc 147). In furtherance of the same, Mr. Manookian states as follows.

**Part 1: Identity of Appellant**

1. The name of the appellant is Brian Manookian. Mr. Manookian is the sole owner and member of the Debtor, Cummings Manookian, PLLC.

**Part 2: Subject of the Appeal**

2. Mr. Manookian appeals from the Court's Order on Motion to Approve Compromise and Finding that Brian Manookian Lacks Standing (Doc. 147). The Order was entered on October 1, 2021.

**Part 3: Parties to the Appeal**

3. The names of the Parties to the Order appealed from as well as the contact information for their attorneys are:

    a. Debtor Cummings Manookian,
       Jay R. Lefkovitz
       Lefkovitz & Lefkovitz, PLLC
       312 East Broad Street, Suite A
       Cookeville, TN 38501
       (931) 528-5297 (T)

931-526-6244 (F)
JLefkovitz@lefkovitz.com

    b. Trustee Jeanne Anne Burton
Phillip Young
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, TN 37067
(615) 465-6008 (T)
phillip@thompsonburton.com

    c. Creditor Grant, Konvalinka & Harrison, P.C.,
John P. Konvalinka
Grant, Konvalinka & Harrison, P.C.
633 Chestnut Street Suite 900 Republic Centre
Chattanooga, TN 37450-0900
(423) 756-8400 (T)
(423) 756-6518 (F)
jkonvalinka@gkhpc.com

    d. Creditor D.F. Chase, Inc.
Daniel Puryear
Puryear Law Group
104 Woodmont Boulevard, Suite 201
Nashville, TN 37205
(615) 255-4859 (T)
(615) 630-6602 (F)
dpuryear@puryearlawgroup.com

**Part 4: Election to have appeal heard by District Court**

4.     Mr. Manookian elects to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

Date: October 14, 2021

                                                                                         Respectfully submitted,

                                                                                         /s/ John Spragens
                                                                                         John Spragens (TN Bar No. 31445)
                                                                                         Spragens Law PLC
                                                                                        311 22nd Ave. N.
                                                                                         Nashville, TN 37203
                                                                                         T: (615) 983-8900
                                                                                         F: (615) 682-8533
                                                                                         john@spragenslaw.com

Attorney for Manookian PLLC and Brian Manookian

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed October 14, 2021 and served electronically upon all parties in interest or their counsel as indicated on the receipt issued by the Court's electronic filing system.

/s/ John Spragens