UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

Case No. 3:19-bk-07235

CUMMINGS MANOOKIAN, PLLC

Debtor.

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2021, the Notice of Appeal, document #149 on the record of the above case, was served by first class mail postage prepaid to the following recipients:

**Cummings Manookian**
Jay R. Lefkovitz
Lefkovitz & Lefkovitz, PLLC
312 East Broad Street, Suite A
Cookeville, TN 38501

**Jeanne Anne Burton**
Phillip Young
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, TN 37067

**Grant, Konvalinka & Harrison, P.C.**
John P. Konvalinka
633 Chestnut Street Suite 900 Republic Centre
Chattanooga, TN 37450-0900

**D.F. Chase, Inc.**
Daniel Puryear
Puryear Law Group
104 Woodmont Boulevard, Suite 201
Nashville, TN 37205

**MEGAN SELIBER**
U.S. TRUSTEE
701 Broadway, Room 318
Nashville, TN 37203

Dated: October 19, 2021                    /s/Teresa C. Azan, Clerk of Court

/jjk