# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CUMMINGS MANOOKIAN, PLLC, ) | Case No. 3:19-bk-07235 |
| Debtor. ) | Chapter 7 |
| ) | Judge Walker |

**APPELLEE CHAPTER 7 TRUSTEE, JEANNE ANN BURTON'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL**

Comes now, Appellee Jeanne Ann Burton, Chapter 7 Trustee, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, and hereby designates the following additional items to be included in the record on Brian Manookian's appeal of the Bankruptcy Court's Order Granting Motion to Approve Compromise and Settlement and Finding that Brian Manookian Lacks Standing (Doc. 147) entered in the above captioned case on October 1, 2021.

**DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

| Date | Docket No. | Description |
|---|---|---|
| 11/18/19 | 6 | Application of Trustee to Employ Special Counsel |
| 12/9/19 | 14 | Brian Manookian's Opposition and Objection to Motion of Trustee to Employ Special Counsel |
| 12/17/19 | 16 | Supplemental Authority on Standing Related to Application of Trustee to Employ Special Counsel |
| 12/19/19 | 18 | Brian Manookian's Supplemental Reply in Opposition to Motion of Trustee to Employ Special Counsel |
| 12/20/19 | 19 | Trustee's Response to Brian Manookian's Supplemental Reply |
| 12/20/19 | 20 | Order |
| 12/21/19 | 21 | Supplement to Application of Trustee to Employ Special Counsel |

| | | |
|---|---|---|
| 12/23/19 | 23 | Order Overruling Objection and Employing Thompson Burton PLLC as Special Counsel |
| 12/23/19 | 24 | Brian Manookian's Request for Leave to Respond in Opposition and Objection to Supplemental Application of Trustee to Employ Special Counsel |
| 12/26/19 | 26 | Order Denying Request for Leave to Respond |
| 9/15/21 | 126 | Trustee Jeanne Ann Burton's Witness and Exhibit List for September 17, 2021 Hearing on Trustee's Motion to Approve Compromise and Settlement |
| 9/15/21 | 127 | Brian Manookian's Witness and Exhibit List for September 17, 2021 Hearing on Trustee's Motion to Approve |
| 9/24/21 | 137 | Trustee Jeanne Ann Burton's Witness and Exhibit List for September 29, 2021 Hearing on Trustee's Motion to Approve Compromise and Settlement |
| 9/24/21 | 139 | Brian Manookian's Witness and Exhibit List for September 29, 2021 Hearing on Trustee's Motion to Approve |
| 9/27/21 | 143 | Witness and Exhibit List of Grant, Konvalinka & Harrison, P.C. |

Dated this 5th of November, 2021.

Respectfully submitted,

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
615-465-6008
phillip@thompsonburton.com

Special Counsel for Chapter 7 Trustee

CERTIFICATE OF SERVICE

The undersigned certifies that this pleading base been served electronically on this 5th day of November, 2021, to all persons with electronic filing privileges in this case, including John Spragens, counsel for the Appellant.

/s/ Phillip G. Young
Phillip G. Young