Charles M. Walker
U.S. Bankruptcy Judge
Dated: 4/7/2023



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No: 3:19-bk-07235 |
| Cummings Manookian, PLLC, ) | Chapter 7 |
| ) | Honorable Charles M. Walker |
| Debtor. ) | |
| ) | |

## ORDER SCHEDULING EVIDENTIARY HEARING

THIS MATTER is before the Court on remand from the United States District Court for the Middle District of Tennessee, following an appeal of this Court's entry of the *Order Granting the Trustee's Motion for Compromise and Settlement and Finding that Brian Manookian Lacks Standing* (Dkt. #147).

Pursuant to the District Court's ruling, the Trustee's Motion to Approve Compromise and Settlement (Dkt. #108) and the Objection of Brian Manookian (Dkt. #112)[1], as well as, the Trustee's Motion to Strike Brian Manookian's Objection and to Preclude His Participation for Lack of Standing (Dkt. #136) and Response to Trustee's Motion to Strike Brian Manookian's Objection for Lack of Standing (Dkt. #144), the Court will hear all evidence and argument, IT IS HEREBY ORDERED that:

(1) An evidentiary hearing is set for presentation of the motions, objections and responses on
    <u>Thursday, May 25, 2023 at 9:00 a.m.</u>
(2) All parties and/or counsel must appear in person at the above scheduled date and time at Courtroom 2, Second Floor, Customs House, 701 Broadway, Nashville, Tennessee.
(3) Presentation of evidence and argument subject to applicable Federal and Local Rules.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS
INDICATED AT THE TOP OF THE FIRST PAGE*

---

[1] Related matters also considered part of the record for this matter: Supplement to Manookian Objection to Proposed Chase Claim and Settlement (Dkt. #123), Trustee's Response to Brian Manookian's Objection to Proposed Chase Claim and Settlement (Dkt. #125)

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.