IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUMMINGS MANOOKIAN, PLLC, | ) | Case No. 3:19-bk-07235 |
| Debtor. | ) | Chapter 7 |
| | ) | Judge Walker |

## MOTION TO RESCHEDULE HEARING ON TRUSTEE'S
## MOTION TO APPROVE COMPROMISE AND SETTLEMENT

Come now Jeanne Ann Burton, Trustee (the "Trustee"), by and through counsel, and requests a rescheduling of the hearing on the Chapter 7 Trustee's Motion to Approve Compromise and Settlement (Doc. 108), (the "Settlement Motion") Brian Manookian's Objection to Proposed Chase Claim Settlement (Doc. 112) (the "Manookian Objection"), and all related matters.

In support of this request, the Trustee states as follows:

1. On April 7, 2023, the Court entered an Order Scheduling Evidentiary Hearing (Doc. 169) (the "Scheduling Order") scheduling an in-person, evidentiary hearing for May 25, 2023, to consider the Settlement Motion, the Manookian Objection, the Trustee's Motion to Strike Brian Manookian's Objection and to Preclude His Participation for Lack of Standing (Doc. 136) (the "Motion to Strike"), and the Response to Trustee's Motion to Strike Objection for Lack of Standing (Doc. 136) (the "Response") (the Settlement Motion, the Manookian Objection, the Motion to Strike and the Response, collectively the "Pleadings").

2. While the Trustee would very much like to proceed with a hearing on the Pleadings as expeditiously as possible, the scheduled hearing date presents a serious scheduling conflict for the Trustee, who is expected to be the primary witness for the movant. The Trustee's husband is

undergoing major in-patient surgery on May 23, 2023. The Trustee is his primary caregiver and her husband is expected to be immobile (without assistance from the Trustee) for approximately three (3) weeks. Therefore, any in-person hearing between May 23 – June 13, 2023 will be problematic for the Trustee.

3. The Trustee respectfully requests that the Court reschedule the hearing on the Pleadings for a date on or after June 14, 2023, or, alternatively, to permit her to testify via Zoom at a hearing scheduled between May 26 – June 13, 2023, after her husband has been released from the hospital.

4. The Trustee will be out of the country from May 12 – May 20, 2023, and has a Chapter 7 meeting of creditors docket on May 22, so moving the hearing date forward is not a practical option. The only other major scheduling conflicts for the Trustee and her counsel exists from June 26 – July 7, 2023, when Trustee's counsel will be out of the country, and on June 5 and June 21, the dates of the Trustee's other meetings of creditors.

Wherefore, the Trustee respectfully requests that the hearing currently scheduled for May 25, 2023, be reset for an in-person hearing on or after June 14, 2023, or a hearing at which the Trustee is allowed to testify via Zoom on or after May 30, 2023.

Respectfully Submitted,

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee

## CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of the foregoing has been sent to all parties requesting notice via CM/ECF Electronic Filing on the 11th day of April, 2023.

                        /s/ Phillip G. Young, Jr.