United States Bankruptcy Court
Middle District of Tennessee

In re:     Case No. 19-07235-CMW
CUMMINGS MANOOKIAN, PLLC     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-3     User: admin     Page 1 of 2
Date Rcvd: Apr 27, 2023     Form ID: pdf001     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | CUMMINGS MANOOKIAN, PLLC, 45 MUSIC SQUARE WEST, NASHVILLE, TN 37203-3205 |
| intp | + | Afsoon Hagh, 45 Music Square W, Nashville, TN 37203-3205 |
| intp | + | BRIAN MANOOKIAN, 45 MUSIC SQUARE WEST, NASHVILLE, TN 37203-3205 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2023 at the address(es) listed below:

**Name**     **Email Address**

CRAIG VERNON GABBERT, JR
    on behalf of Defendant Hagh Law PLLC cgabbert@bassberry.com bankr@bassberry.com;delores.walker@bassberry.com

DANIEL HAYS PURYEAR
    on behalf of Creditor D.F. Chase Inc. dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com

ELIZABETH SARA TIPPING
    on behalf of Plaintiff BRIAN CUMMINGS liz@counterpointlaw.com

GLENN BENTON ROSE
    on behalf of Defendant Hagh Law PLLC grose@bassberry.com bankr@bassberry.com

HARRY R CASH
    on behalf of Creditor Grant Konvalinka & Harrison, P.C. hcash@gkhpc.com, hdowney@gkhpc.com

JEANNE ANN BURTON

TN24@ecfcbis.com

JOHN PATRICK KONVALINKA
    on behalf of Creditor Grant Konvalinka & Harrison, P.C. jkonvalinka@gkhpc.com, pcowan@gkhpc.com

JOHN T. SPRAGENS
    on behalf of Debtor CUMMINGS MANOOKIAN PLLC JOHN@SPRAGENSLAW.COM, spragenslaw@ecf.courtdrive.com

Jeanne Ann Burton PLLC
    jeanne.burton@comcast.net

MEGAN REED SELIBER
    on behalf of U.S. Trustee US TRUSTEE megan.seliber@usdoj.gov

MICHAEL G ABELOW
    on behalf of Creditor INSBANK mabelow@srvhlaw.com htackett@srvhlaw.com;loduor@srvhlaw.com

PHILLIP G YOUNG
    on behalf of Defendant JEANNE BURTON phillip@thompsonburton.com

PHILLIP L NORTH
    on behalf of Creditor Middle Tennessee Pulmonary pn@npr.legal

RONALD G STEEN, JR
    on behalf of Plaintiff Jeanne Ann Burton ronn.steen@thompsonburton.com

STEVEN L LEFKOVITZ
    on behalf of Debtor CUMMINGS MANOOKIAN PLLC slefkovitz@lefkovitz.com, sllbkecf@gmail.com;khancock@lefkovitz.com;lefkovitzcvlecf@lefkovitz.com;r52946@notify.bestcase.com;mspezia@lefkovitz.com;tellis@lefkovitz.com;lreceptionist@lefkovitz.com

US TRUSTEE
    ustpregion08.na.ecf@usdoj.gov

WILLIAM FREDERICK MCCORMICK
    on behalf of Creditor TN Dept of Revenue agbanklundin@ag.tn.gov

TOTAL: 17

Charles M. Walker
U.S. Bankruptcy Judge
Dated: 4/26/2023



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No: 3:19-bk-07235 |
| Cummings Manookian, PLLC, | ) | Chapter 7 |
| | ) | Honorable Charles M. Walker |
| Debtor. | ) | |
| _____ | ) | |

**ORDER SCHEDULING EVIDENTIARY HEARING**

THIS MATTER is before the Court on remand from the United States District Court for the Middle District of Tennessee, following an appeal of this Court's entry of the *Order Granting the Trustee's Motion for Compromise and Settlement and Finding that Brian Manookian Lacks Standing* (Dkt. #147).

Pursuant to the District Court's ruling, the Court will entertain all evidence and argument in the matter of the Trustee's Motion to Approve Compromise and Settlement (Dkt. #108) and the Objection of Brian Manookian (Dkt. #112),[1] as well as, the Trustee's Motion to Strike Brian Manookian's Objection and to Preclude His Participation for Lack of Standing (Dkt. #136) and Response to Trustee's Motion to Strike Brian Manookian's Objection for Lack of Standing (Dkt. #144); therefore,

IT IS HEREBY ORDERED that:

(1) An evidentiary hearing is set for presentation of the motions, objections and responses referenced herein on **Thursday, June 28, 2023 at 1:00 p.m.**

(2) All parties and/or counsel must appear in person at the above scheduled date and time at Courtroom 2, Second Floor, Customs House, 701 Broadway, Nashville, Tennessee.

(3) Witness and exhibit lists must be filed no later than June 21, 2023 at 5:00 p.m.

(4) Presentation of evidence and argument subject to applicable Federal and Local Rules.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS
INDICATED AT THE TOP OF THE FIRST PAGE*

---

[1] Related matters also considered part of the record for this matter: Supplement to Manookian Objection to Proposed Chase Claim and Settlement (Dkt. #123), Trustee's Response to Brian Manookian's Objection to Proposed Chase Claim and Settlement (Dkt. #125).

```
This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.
```