**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **IN RE:** ) | |
| ) | |
| **CUMMINGS MANOOKIAN, PLLC,** ) | **Case No. 3:19-bk-07235** |
| **Debtor.** ) | **Chapter 7** |
| ) | **Judge Walker** |

**APPELLEE CHAPTER 7 TRUSTEE, JEANNE ANN BURTON'S DESIGNATION**
**OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL**

Comes now, Appellee Jeanne Ann Burton, Chapter 7 Trustee, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, and hereby designates the following additional items to be included in the record on Brian Manookian's appeal of the Bankruptcy Court's Order Denying Motion to Disqualify Judge Charles Walker (Doc. 189) entered in the above captioned case on August 28, 2023.

**DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE**
**RECORD ON APPEAL**

| Case No. | Date | Docket No. | Description |
|---|---|---|---|
| 19-bk-07235 | 8/23/23 | 187 | Motion to Disqualify Judge Charles Walker |
| 19-bk-07235 | 8/24/23 | 188 | Trustee's Response to Motion to Disqualify Judge Charles Walker |
| 19-bk-07235 | 8/28/23 | 189 | Order Denying Motion to Disqualify Judge Charles Walker |
| 20-ap-90002 | 3/10/23 | 220 | Order Scheduling Hearing Motion to Disqualify Bankruptcy Judge |
| 20-ap-90002 | 12/20/19 | 225 | Brian Manookian and Manookian PLLC's List of Potential Witnesses for Hearing on Motion to Disqualify Judge Charles Walker |
| 20-ap-90002 | 12/20/19 | 237 | Transcript of Motion to Disqualify Judge Charles Walker |

Dated this 12th of September, 2023.

Respectfully submitted,

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
615-465-6008
phillip@thompsonburton.com

Special Counsel for Chapter 7
Trustee

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that this pleading base been served electronically on this 12th day of September, 2023,  to all persons with electronic filing privileges in this case, including John Spragens, counsel for the Appellant.

/s/ Phillip G. Young
Phillip G. Young