Charles M. Walker
U.S. Bankruptcy Judge
Dated: 1/29/2024



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No: 3:19-bk-07235 |
| Cummings Manookian, PLLC, ) | Chapter 7 |
| ) | Honorable Charles M. Walker |
| Debtor. ) | |
| ) | |

**ORDER SETTING SCHEDULING CONFERENCE AND STATUS HEARING**

THIS MATTER is before the Court on remand from the United States District Court for the Middle District of Tennessee, following an appeal of this Court's entry of the *Order Granting the Trustee's Motion for Compromise and Settlement and Finding that Brian Manookian Lacks Standing* (Dkt. #147), as well as that Memorandum Opinion issued by the District Court on January 11, 2024 (Dkt. #201).

Pursuant to the District Court's relevant ruling, the Court will conduct a Scheduling Conference and Status Hearing regarding the following pending matters before the Court: *Trustee's Motion to Approve Compromise and Settlement* (Dkt. #108) and the *Objection of Brian Manookian* (Dkt. #112),[1] as well as, the *Trustee's Motion to Strike Brian Manookian's Objection*

---

[1] Related matters also considered part of the record for this matter: Supplement to Manookian Objection to Proposed Chase Claim and Settlement (Dkt. #123), Trustee's Response to Brian Manookian's Objection to Proposed Chase Claim and Settlement (Dkt. #125), as well as Brian Manookian and Manookian PLLC's Notice of Objections to Claim Settlement (Dkt. #180 – Note: the portion of this pleading regarding recusal is not before this Court as having been fully adjudicated on appeal before the United States District Court for the Middle District of Tennessee), and the Trustee's Response to Brian Manookian's Renewed Objection to Proposed Settlement with the Chase Parties (Dkt. #181)

*and to Preclude His Participation for Lack of Standing* (Dkt. #136) and *Response to Trustee's Motion to Strike Brian Manookian's Objection for Lack of Standing* (Dkt. #144); therefore,

IT IS HEREBY ORDERED that:

(1) A scheduling conference and status hearing is set for **Wednesday, February 7, 2024 at 11:00 a.m.** to ascertain the date and time of presentation of the motions, objections and responses referenced herein.

(2) All parties and/or counsel may appear at the appointed time via Zoom. See the Courts' website for instructions to appear virtually.

(3) Failure to appear and participate in the scheduling conference may result in litigation sanctions in the form of a waiver of any objection to or continuance of the established administration dates and deadlines related hereto.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE*

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.