# UNITED STATES BANKRUPTCY COURT
## - MIDDLE DISTRICT OF TENNESSEE -

## TRANSCRIPT REQUEST FORM

Please complete one form for each trial or hearing, attach payment (search fee only), and deliver to Clerk's office at: 701 BROADWAY, ROOM 170, NASHVILLE, TN 37203 or file electronically through CM/ECF.

| | |
|---|---|
| **1. NAME OF PARTY REQUESTING TRANSCRIPT** <br> Hagh Law PLLC | **2. DATE OF ORDER** <br> 2/9/2024 |
| **3. EMAIL ADDRESS** <br> michelle.harding@bassberry.com | **4. PHONE NUMBER** <br> 6152596762 |
| **5. MAILING ADDRESS** <br> Bass, Berry & Sims PLC <br> 150 Third Ave S. Suite 2800 <br> Nashville, TN 37212 | |

| **6. CASE NUMBER** <br> 3:19-bk-07235 | **7. CASE NAME** <br> Cummings Manookian, PLLC | **8. JUDGE** <br> Walker |
|---|---|---|

**9. DATE(S) OF HEARING/TRIAL** (If hearing/trial was on multiple days, please fill in all days hearing/trial held)

From Feb 7, 2024    to Feb 7, 2024

**10. ORDER IS FOR**
☐ APPEAL    ☑ BANKRUPTCY    ☐ ADVERSARY
☐ OTHER: _____

**11. PORTIONS REQUESTED** (Indicate the portion of the hearing/trial requested)
☐ Entire Hearing/Trial         ☐ Court Ruling Only
☐ Voir Dire                    ☐ Testimony of (Specify Name):
☐ Opening Statement (Plaintiff)    _____
☐ Opening Statement (Defendant)    _____
☐ Closing Statement (Plaintiff)    _____
☐ Closing Statement (Defendant)    ☑ Other: Conference and Status Hearing in main and ap

**12. REQUESTED TURNAROUND TIME**
☐ Daily (24-Hour)         ☑ 7-Day Expedited
☐ 14-Day Expedited        ☐ Standard (30-Day)

**13. NUMBER OF COPIES REQUESTED** (Transcript request includes 1 copy for the Court)    1

*By signing below, I certify that I will pay all charges for the preparation of the transcript, including search fee, deposit, and any additional charges as specified by the assigned transcriptionist.*

/s/ Craig V. Gabbert, Jr.                    2/9/2024
_____           _____
Signature of Person Ordering                 Date

| FOR COURT USE ONLY | DATE | BY |
|---|---|---|
| ORDER RECEIVED BY INTAKE | | |
| SEARCH FEE PAID | | |
| FILE(S) UPLOADED | | |

jjk 3/2017