IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>CUMMINGS MANOOKIAN, PLLC<br><br>Debtor. | Case No. 3:19-bk-07235<br>Chapter 7<br>Judge Walker |

**BRIAN MANOOKIAN'S NOTICE OF APPEAL**
**AND STATEMENT OF ELECTION**

Brian Manookian ("Appellant"), through counsel, gives notice of his appeal from the Bankruptcy Court's February 8, 2024 Orders (Doc. 205, 206). In furtherance of the same, Appellant states as follows:

**Part 1: Identity of Appellant**

1. The name of the Appellant is Brian Manookian. Mr. Manookian is the sole owner and member of the Debtor, Cummings Manookian, PLLC.

**Part 2: Subjects of the Appeal**

2. Appellant appeals from (1) the Court's Order Finding Brian Manookian Lacks Standing to Object to the Trustee's Motion for Compromise and Settlement (Doc. 205); and (2) the Court's Order Granting Trustee's Motion to Approve Compromise and Settlement (Doc. 206). The Orders were entered on February 8, 2024.

**Part 3: Parties to the Appeal**

3. The names of the Parties to the Order appealed from as well as the contact information for their attorneys are:

a. Craig V. Gabbert , Jr.
   Glenn B. Rose
   Bass, Berry & Sims
   150 Third Avenue South, Suite 2800
   Nashville, TN 37201
   615-742-6277
   Fax: 615-742-0465
   Email: cgabbert@bassberry.com
   Email: grose@bassberry.com

   *Attorneys for Afsoon Hagh*

b. Debtor Cummings Manookian
   Jay R. Lefkovitz
   Lefkovitz & Lefkovitz, PLLC
   312 East Broad Street, Suite A
   Cookeville, TN 38501
   (931) 528-5297 (T)
   931-526-6244 (F)
   JLefkovitz@lefkovitz.com

   *Attorneys for Cummings Manookian*

c. Phillip Young
   Thompson Burton PLLC
   One Franklin Park
   6100 Tower Circle, Suite 200
   Franklin, TN 37067
   (615) 465-6008 (T)
   phillip@thompsonburton.com

   *Attorneys for Appellee Jeanne Burton*

d. John P. Konvalinka
   Grant, Konvalinka & Harrison, P.C.
   633 Chestnut Street Suite 900 Republic Centre
   Chattanooga, TN  37450-0900
   (423) 756-8400 (T)
   (423) 756-6518 (F)
   jkonvalinka@gkhpc.com

   *Attorney for Creditor Grant, Konvalinka & Harrison, P.C.*

e. Daniel Puryear
   Puryear Law Group

104 Woodmont Boulevard, Suite 201
Nashville, TN 37205
(615) 255-4859 (T)
(615) 630-6602 (F)
dpuryear@puryearlawgroup.com

*Attorney for Creditor D.F. Chase, Inc.*

**Part 4: Election to have appeal heard by District Court**

4. Appellant elects to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

Date: February 23, 2023              Respectfully submitted,

                                     */s/ John Spragens*
                                     John Spragens (TN Bar No. 31445)
                                     Spragens Law PLC
                                     311 22nd Ave. N.
                                     Nashville, TN 37203
                                     T: (615) 983-8900
                                     F: (615) 682-8533
                                     john@spragenslaw.com

                                     *Attorney for Manookian PLLC, Brian Manookian, Afsoon Hagh, and Hagh Law PLLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed February 23, 2023 and served electronically upon all parties in interest or their counsel as indicated on the receipt issued by the Court's electronic filing system.

                                     */s/ John Spragens*