**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **IN RE:** | ) **Case No. 3:24-cv-00209** |
| | ) **Judge Aleta A. Trauger** |
| **CUMMINGS MANOOKIAN, PLLC,** | ) |
| | ) **Appeal from:** |
| **Debtor.** | ) **No. 3:19-bk-07235** |

## APPELLANT BRIAN MANOOKIAN'S STATEMENT OF THE ISSUES TO BE PRESENTED AND DESIGNATION OF ITEMS TO BE INCLUDED IN APPELLATE RECORD

Pursuant to Federal Rule of Bankruptcy Procedure 8009, Appellant Brian Manookian ("Appellant") hereby files this Statement of the Issues to be Presented and Designation of Items to be Included in Appellate Record.

**Issues To Be Presented**

Whether the Bankruptcy Court erred in its Orders (1) finding Appellant lacks standing to object to the Trustee's Motion for Compromise and Settlement and (2) granting Trustee's Motion to Approve Compromise and Settlement of a valueless claim. Both Orders were issued on February 8, 2024.

**Designation of Items To Be Included in Appellate Record**

The appellate record consists of the following:

- All docket entries in the bankruptcy proceeding (No. 3:19-bk-07235), specifically including the Orders in docket entries 205 and 206, as well as docket entries 108, 112, 123, 124, 125, 131, 135, 136, 144, and 147, and related adversary proceeding (No. 3:20-ap-90002) docket entries 1, 2, 7, 10, 15, 68, 71, and 73, and all attachments thereto;

- Transcript (forthcoming) of February 7, 2024 hearing in the bankruptcy proceeding (No. 3:19-bk-07235) preceding the above-referenced Orders.

- Transcript of September 29, 2021 hearing (attached as Exhibit 1).

Date: March 8, 2024

Respectfully submitted,

*/s/ John Spragens*
John Spragens (TN Bar No. 31445)
Spragens Law PLC
311 22nd Ave. N.
Nashville, TN 37203
T: (615) 983-8900
F: (615) 682-8533
john@spragenslaw.com

*Attorney for Brian Manookian*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that the foregoing Statement of the Issues to be Presented and Designation of Items to be Included in Appellate Record was filed March 8, 2024, and served electronically upon the following parties in interest as indicated on the receipt issued by the Court's electronic filing system:

a.   Craig V. Gabbert , Jr.
     Glenn B. Rose
     Bass, Berry & Sims (Nashville Office) 150 Third Avenue South
     Suite 2800
     Nashville, TN 37201
     615-742-6277
     Fax: 615-742-0465
     Email: cgabbert@bassberry.com Email: grose@bassberry.com

     *Attorneys for Afsoon Hagh*

b.   Debtor Cummings Manookian
     Jay R. Lefkovitz
     Lefkovitz & Lefkovitz, PLLC
     312 East Broad Street, Suite A
     Cookeville, TN 38501
     (931) 528-5297 (T)
     931-526-6244 (F)
     JLefkovitz@lefkovitz.com

     *Attorneys for Cummings Manookian*

c.   Phillip Young
     Thompson Burton PLLC
     One Franklin Park
     6100 Tower Circle, Suite 200
     Franklin, TN 37067
     (615) 465-6008 (T)
     phillip@thompsonburton.com

     *Attorneys for Appellee Jeanne Burton*

d.   John P. Konvalinka
     Grant, Konvalinka & Harrison, P.C.
     633 Chestnut Street Suite 900 Republic Centre
     Chattanooga, TN  37450-0900

Case 3:19-bk-07235   Doc 218   Filed 03/08/24   Entered 03/08/24 17:09:40   Desc Main
Document    Page 3 of 4

(423) 756-8400 (T)
(423) 756-6518 (F)
jkonvalinka@gkhpc.com

*Attorney for Creditor Grant, Konvalinka & Harrison, P.C.*

e. Daniel Puryear
Puryear Law Group
104 Woodmont Boulevard, Suite 201
Nashville, TN 37205
(615) 255-4859 (T)
(615) 630-6602 (F)
dpuryear@puryearlawgroup.com

*Attorney for Creditor D.F. Chase, Inc.*

*/s/ John Spragens*