# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No.: 3:19-bk-07235 |
| CUMMINGS MANOOKIAN, PLLC | ) | Associated Case No. 3:22-cv-00301 |
| | ) | Chapter 7 |
| *Debtor.* | ) | Judge Walker |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Kristen M. Shields, of Shields Construction Law, PLLC and formerly of Counterpoint Legal, PLC, pursuant to Local Rule 83.01(g) hereby gives notice of withdrawal from the representation of Plaintiff Brian Cummings. Kristen Shields served as co-counsel to Elizabeth S. Tipping in an associated case filed in the Middle District Court of Tennessee, *Brian Cummings v. Breeton Keefer, et al.*, Case No. 3:22-cv-00301, until March 2023, when Ms. Shields and Ms. Tipping ceased operation as law partners. Ms. Shields has not been involved in either of these cases. Plaintiff Brian Cummings continues to be represented by Elizabeth S. Tipping of Neal|Harwell.

Respectfully submitted,

By: */s/ Kristen M. Shields*
Kristen M. Shields

Kristen M. Shields, No. 036438
P.O. Box 1149
Mt. Juliet, TN 37121
(615) 706-9397
kristen@shieldsconstructionlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of December 2024 I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record:

Craig V. Gabbert, Jr.
Glenn B. Rose
Bass, Berry & Sims (Nashville Office)
150 Third Avenue South Suite 2800
Nashville, TN 37201
615-742-6277
Fax: 615-742-0465
cgabbert@bassberry.com
grose@bassberry.com
Attorneys for Afsoon Hagh

Debtor Cummings Manookian
Jay R. Lefkovitz Lefkovitz & Lefkovitz, PLLC
312 East Broad Street, Suite A
Cookeville, TN 38501 (931) 528-5297
931-526-6244
JLefkovitz@lefkovitz.com
Attorneys for Cummings Manookian

Phillip Young Thompson Burton PLLC
One Franklin Park 6100 Tower Circle, Suite 200
Franklin, TN 37067
(615) 465-6008
phillip@thompsonburton.com
Attorneys for Appellee Jeanne Burton

John P. Konvalinka Grant
Konvalinka & Harrison, P.C.
633 Chestnut Street Suite 900 Republic Centre
Chattanooga, TN 37450-0900
(423) 756-8400 (T)
jkonvalinka@gkhpc.com
Attorney for Creditor Grant, Konvalinka & Harrison, P.C.

Daniel Puryear Puryear Law Group
104 Woodmont Boulevard, Suite 201
Nashville, TN 37205
(615) 255-4859 (T)
dpuryear@puryearlawgroup.com
Attorney for Creditor D.F. Chase, Inc.

John Spragens (TN Bar No. 31445)
Spragens Law PLC 311 22nd Ave. N.
Nashville, TN 37203
T: (615) 983-8900
john@spragenslaw.com
Attorney for Brian Manookian

Elizabeth S. Tipping
Neal|Harwell
1201 Demonbreun St #1000
Nashville, TN 37203
(615)244-1713
tipping@nealharwell.com
Attorney for Brian Cummings

*/s/ Kristen M. Shields*