SO ORDERED.
SIGNED 28th day of January, 2025

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Charles M. Walker
U.S. Bankruptcy Judge



IN THE UNITED STATTES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No: 3:19-bk-07235 |
| Cummings Manookian, PLLC, ) | Chapter 7 |
| ) | Honorable Charles M. Walker |
| Debtor. ) | |
| _____ ) | |

## ORDER SCHEDULING STATUS CONFERENCE

THIS MATTER is before the Court to discuss the status of further administration and future pleadings in this case.

IT IS HEREBY ORDERED that:

(1) A scheduling conference and status hearing is set for **Wednesday, March 5, 2025, at 11:00 a.m., Courtroom 2, Second Floor, Customs House, 701 Broadway, Nashville, Tennessee.**

(2) All parties and/or counsel may appear in person or virtually via Zoom. Please refer to the Court's website for instructions to register to appear virtually.

(3) Failure to appear and participate in the scheduling conference may result in litigation sanctions in the form of a waiver of any objection to or continuance of the established administration dates and deadlines related hereto.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS
INDICATED AT THE TOP OF THE FIRST PAGE*