IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUMMINGS MANOOKIAN, PLLC, | ) | Case No. 3:19-bk-07235 |
| Debtor. | ) | Chapter 7 |
| | ) | Judge Walker |
| | ) | |
| JEANNE ANN BURTON, TRUSTEE, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HAGH LAW, PLLC; AFSOON HAGH; | ) | |
| MANOOKIAN, PLLC; and | ) | |
| FIRSTCITIZENS BANK & TRUST | ) | |
| COMPANY, | ) | |
| Defendants. | ) | Adv. Proc. No. 3:20-ap-90002 |
| | ) | |

## MANOOKIAN, PLLC AND BRIAN MANOOKIAN'S MOTION TO RESCHEDULE STATUS CONFERENCE

Counsel for Manookian, PLLC and Brian Manookian respectfully moves to reschedule the status conference in this matter currently scheduled for March 5, 2025, to the next date agreeable to the Court.

Counsel for Manookian, PLLC and Mr. Manookian has a lengthy evidentiary hearing in another case which conflicts with the current setting of March 5, 2025, and another hearing set the morning of the Court's next available docket on March 19, 2025.

Given the above considerations, undersigned counsel respectfully requests that the Court reschedule this status conference for the Court's docket on April 23, 2025, or an earlier date agreeable to the Court and parties.

Respectfully submitted,

/s/ John T. Spragens

John Spragens (TN Bar No. 31445)
Spragens Law PLC 311 22nd Ave. N.
Nashville, TN 37203
T: (615) 983-8900
john@spragenslaw.com

*Attorney for Brian Manookian and Manookian PLLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been sent to all parties requesting notice via CM/ECF Electronic Filing on the 3rd day of March, 2025.

Craig V. Gabbert, Jr.
Glenn B. Rose
Bass, Berry & Sims
150 Third Avenue South Suite 2800
Nashville, TN 37201
615-742-6277
cgabbert@bassberry.com
grose@bassberry.com
*Attorneys for Afsoon Hagh*

Jay R. Lefkovitz
Lefkovitz & Lefkovitz, PLLC
312 East Broad Street, Suite A
Cookeville, TN 38501
(931) 528-5297
JLefkovitz@lefkovitz.com
*Attorneys for Cummings Manookian*

Phillip Young
Thompson Burton PLLC
One Franklin Park 6100
Tower Circle, Suite 200
Franklin, TN 37067
(615) 465-6008

phillip@thompsonburton.com
*Attorneys for Appellee Jeanne Burton*

John P. Konvalinka Grant
Konvalinka & Harrison, P.C.
633 Chestnut Street Suite 900
Chattanooga, TN 37450-0900
(423) 756-8400 (T)
jkonvalinka@gkhpc.com
*Attorney for Creditor Grant, Konvalinka & Harrison, P.C.*

Daniel Puryear Puryear Law Group
104 Woodmont Boulevard, Suite 201
Nashville, TN 37205
(615) 255-4859 (T)
dpuryear@puryearlawgroup.com
*Attorney for Creditor D.F. Chase, Inc.*

Elizabeth S. Tipping
Neal|Harwell
1201 Demonbreun St #1000
Nashville, TN 37203

(615)244-1713
tipping@nealharwell.com
*Attorney for Brian Cummings*