SO ORDERED.
SIGNED 10th day of March, 2025

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Charles M. Walker
U.S. Bankruptcy Judge



IN THE UNITED STATTES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No: 3:19-bk-07235 |
| Cummings Manookian, PLLC, ) | Chapter 7 |
| ) | Honorable Charles M. Walker |
| Debtor. ) | |
| ) | |

**ORDER CONTINUING STATUS CONFERENCE**

THIS MATTER is before the Court to discuss the status of further administration and future pleadings in this case.

IT IS HEREBY ORDERED that:

(1) A scheduling conference and status hearing is continued to **Wednesday, April 23, 2025, at 11:00 a.m., Courtroom 2, Second Floor, 701 Broadway, Nashville, Tennessee.**

(2) All parties and/or counsel may appear at the appointed time in person or virtually via Zoom. Please refer to the Court's website for instructions to register to appear virtually.

(3) Failure to appear and participate in the scheduling conference may result in litigation sanctions in the form of a waiver of any objection to or continuance of the established administration dates and deadlines related hereto.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS
INDICATED AT THE TOP OF THE FIRST PAGE*