# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUMMINGS MANOOKIAN, PLLC, | ) | Case No. 3:19-bk-07235 |
|     Debtor. | ) | Chapter 7 |
| | ) | Judge Walker |
| | ) | |
| JEANNE ANN BURTON, TRUSTEE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HAGH LAW, PLLC; AFSOON HAGH; | ) | |
| and MANOOKIAN, PLLC, | ) | |
| | ) | |
|     Defendants. | ) | Adv. Proc. No. 3:20-ap-90002 |
| | **)** | |

**DECLARATION OF JOHN SPRAGENS IN SUPPORT OF RESPONSE
TO ORDER FOR RULE TO SHOW CAUSE**

I, John Spragens, declare as follows:

1. My name is John Spragens. I am an adult citizen, over the age of 18 years, and am competent to make the statements contained in this declaration, which is submitted in support of my Response to the Court's Order for Rule to Show Cause.

2. On December 10, 2024, Judge Lynne T. Ingram of the Eighth Circuit Court for Davidson County, Tennessee, at Nashville, entered an Order in Case No. 18C1229, *Salas v. Rosdeutscher, et al.*, setting an evidentiary hearing on March 5, 2025. (Dkt. #332.) The Court specifically noted that a full day would be reserved for the hearing. *Id.*

3. The hearing was convened at 9:01 a.m. on March 5, 2025, and proceeded until 3:54 p.m. that day. At the Court's direction, no lunch break was taken, only a brief recess in the morning and a brief recess in the afternoon. I attended and participated in the entire hearing, which consisted

of the direct and cross-examination of live witnesses, and personally conducted examinations of witnesses throughout the hearing.

4. On March 19, 2025, I was present at the Tennessee Court of Appeals for oral argument in *Metropolitan Government of Nashville and Davidson County et al. v. Bill Lee et al.*, No. M2024-01182-COA-R3-CV, a case in which I serve as counsel for several of the plaintiffs.

5. After discovering that I had unknowingly had two hearings set at the same time on March 5, 2025, I exchanged a series of emails with counsel for the Trustee over the last two weeks of February. During the course of those email exchanges, I also realized I was unavailable on the Court's next scheduled docket of March 19, 2025. Counsel for the Trustee stated that he would not oppose the request for a continuance but could not agree to postpone the hearing until the Court's next scheduled docket after March 19, 2025, which was April 23, 2025. Accordingly, I respectfully asked the Court to reset the hearing for "April 23, 2025, or an earlier date agreeable to the Court and parties," with the understanding that counsel for the Trustee did not oppose the request for an earlier date, as he confirmed in his March 3, 2025 response.

6. I apologize to the Court for my failure to perceive the scheduling conflict earlier, bring it to the Court's attention earlier, and specifically request a special setting of the hearing given my conflicts with other court hearings on March 5 and 19, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Nashville, Tennessee on March 25, 2025.

_____
JOHN SPRAGENS

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been sent to all parties requesting notice via CM/ECF Electronic Filing on the 25th day of March, 2025.

Craig V. Gabbert, Jr.
Glenn B. Rose
Bass, Berry & Sims
150 Third Avenue South Suite 2800
Nashville, TN 37201
615-742-6277
cgabbert@bassberry.com
grose@bassberry.com
*Attorneys for Afsoon Hagh*

Jay R. Lefkovitz
Lefkovitz & Lefkovitz, PLLC
312 East Broad Street, Suite A
Cookeville, TN 38501
(931) 528-5297
JLefkovitz@lefkovitz.com
*Attorneys for Cummings Manookian*

Phillip Young
Thompson Burton PLLC
One Franklin Park 6100
Tower Circle, Suite 200
Franklin, TN 37067
(615) 465-6008
phillip@thompsonburton.com
*Attorneys for Trustee Jeanne Burton*

John P. Konvalinka Grant
Konvalinka & Harrison, P.C.
633 Chestnut Street Suite 900
Chattanooga, TN 37450-0900
(423) 756-8400 (T)
jkonvalinka@gkhpc.com
*Attorney for Creditor Grant, Konvalinka & Harrison, P.C.*

Daniel Puryear
Puryear Law Group
104 Woodmont Boulevard, Suite 201
Nashville, TN 37205
(615) 255-4859 (T)
dpuryear@puryearlawgroup.com
*Attorney for Creditor D.F. Chase, Inc.*

Elizabeth S. Tipping
Neal|Harwell
1201 Demonbreun St #1000
Nashville, TN 37203
(615)244-1713
tipping@nealharwell.com
*Attorney for Brian Cummings*