# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 19-07235

**Case Name:** CUMMINGS MANOOKIAN, PLLC

**For Period Ending:** 03/31/2026

**Trustee Name:** (620290) Jeanne Ann Burton

**Date Filed (f) or Converted (c):** 11/06/2019 (f)

**§ 341(a) Meeting Date:** 12/02/2019

**Claims Bar Date:** 04/01/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | Accounts Receivable (See Footnote) | 70,000.00 | 1,449,675.92 | | 49,673.92 | 1,400,002.00 |
| 2 | Office Equipment/ Furn (Debtor does not own any) | 0.00 | 0.00 | | 0.00 | FA |
| 3* | Costs due in various cases<br><br>There are cases where costs have been advanced in lawsuits contingent upon cases being successfully resolved but are presently unrealized due to the cases being pending without resolution.<br>(See Footnote) | Unknown | 19,876.28 | | 19,873.28 | 3.00 |
| 4 | void - asset duplicate of asset #1 and #3 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | void - asset duplicate of asset #1 and #3 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | void - asset duplicate of asset #1 and #3 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | void - asset duplicate of asset #1 and #3 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | void - asset duplicate of asset #1 and #3 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | void - asset duplicate of asset #1 and #3 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | void - asset duplicate of asset #1 and #3 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | void - asset duplicate of asset #1 and #3 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | void - asset duplicate of asset #1 and #3 | 0.00 | 0.00 | | 0.00 | FA |
| 13 | void - asset duplicate of asset #1 and #3 | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Preference DE #56 Agreed Order - collection of A/R Case ThSi (u)<br>03/11/20-Agreed Order for turnover - docket #56 | 0.00 | 23,637.22 | | 23,637.22 | FA |
| 15 | void - asset duplicate of asset #1 and #3 | 0.00 | 0.00 | | 0.00 | FA |
| 16 | void - asset duplicate of asset #1 and #3 | 0.00 | 0.00 | | 0.00 | FA |
| 17 | void - asset duplicate of asset #1 and #3 | 0.00 | 0.00 | | 0.00 | FA |
| 18 | void - asset duplicate of asset #1 and #3 | 0.00 | 0.00 | | 0.00 | FA |
| 19 | A/R Case West MDL Settlement (u)<br>Fees/Costs for confidential case | 3,739.85 | 3,739.85 | | 3,739.85 | FA |
| **19** | **Assets Totals (Excluding unknown values)** | **$73,739.85** | **$1,496,929.27** | | **$96,924.27** | **$1,400,005.00** |

**Case No.:**   19-07235

**Case Name:**   CUMMINGS MANOOKIAN, PLLC

**For Period Ending:**   03/31/2026

**Trustee Name:**   (620290) Jeanne Ann Burton

**Date Filed (f) or Converted (c):**   11/06/2019 (f)

**§ 341(a) Meeting Date:**   12/02/2019

**Claims Bar Date:**   04/01/2020

RE PROP# 1   A/R Case MiVa - Action was settled.  Settlement amount is confidential and Trustee does not yet know amount of settlement. The amount of attorney fees to which Debtor is entitled has not yet been determined.  Adversary proceeding 320-ap-90002 seeks to determine amount due to Debtor and is pending but not yet resolved.  Accordingly, Trustee has shown a value of $1.00 to indicate the asset is being administered.
The defendants filed a  motion to recuse Judge Walker, which was denied and an appeal was filed in the District Court. After the District Court affirmed the order of the Bankruptcy Court, the defendants appealed to the USCA.  The appeal was denied. A PTC is set for 4/23/25 in Bankruptcy Court.  Trial set for 12/9/25. Trial concluded, awaiting decision

A/R Case ShVa - Action was settled.  Settlement amount is confidential and Trustee does not yet know amount of settlement.  The amount of attorney fees to which Debtor is entitled has not yet been determined.  Adversary proceeding 320-ap-90002 seeks to determine amount due to Debtor and is pending but not yet resolved.  Accordingly, Trustee has shown a value of $1.00 to indicate the asset is being administered. The defendants filed a motion to recuse Judge Walker, which was denied and an appeal was filed in the District Court. After the District Court affirmed the order of the Bankruptcy Court, the defendants appealed to the USCA.  The appeal was denied.  A PTC was set for 4/23/25 in Bankruptcy Court. Trial set for 12/9/25.  Trial concluded; awaiting decision


In Adversary 323-ap-90036 B. Cummings seeks determination of his attorney fees in this case. A. Hagh filed a motion to dismiss the Adversary which was denied and the matter is on appeal to the District Court and now to the USCA. The appeal was denied. Trial set for 3/23/26. Motion for default against defendants Keefer and Hagh was filed and granted.  Evidentiary hearing set for May 19,2026.  Motion for comp and settle between Cummings and Trustee filed; opposition filed, hearing set for April, 22,2026

A/R Case FiOs: case settled. Adversary 320-ap-90002  pending re dispute as to entitlement of fees. $715,000.00 of the fees ordered in escrow with Court.
The defendants filed a  motion to recuse Judge Walker, which was denied and an appeal was filed in the District Court. After the District Court affirmed the order of the Bankruptcy Court, the defendants appealed to the USCA.  The appeal was denied. A PTC is set for 4/23/25 in Bankruptcy Court. Trial set for 12/9/25. Trial concluded, awaiting decision

Collected:
  A/R Case RuAr:  $11,111.11
  A/R Case BaHc: $11,265.54
  A/R Case WaMo: $ 8,165.85
  A/R Case KnRi:  $19,131.42


A/R Case BaHu - CM will not receive fees in this case.
A/R Case BeLb  - CM will not receive fees in this case.
A/R Case BrRe  - CM will not receive fees in this case.
A/R Case DyVa  - CM will not receive fees in this case.
A/R Case SaRo - CM will not receive fees in this case.
A/R Case WhPa - CM will not receive fees in this case.
A/R Case WoMi - CM will not receive fees in this case.

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

**Case No.:**  19-07235

**Case Name:**  CUMMINGS MANOOKIAN, PLLC

**For Period Ending:**  03/31/2026

**Trustee Name:**  (620290) Jeanne Ann Burton

**Date Filed (f) or Converted (c):**  11/06/2019 (f)

**§ 341(a) Meeting Date:**  12/02/2019

**Claims Bar Date:**  04/01/2020

RE PROP# 3

A/R Case MiVa - Action was settled.  Settlement amount is confidential and Trustee does not yet know amount of settlement. The amount of attorney fees to which Debtor is entitled has not yet been determined.  Adversary proceeding 320-ap-90002 seeks to determine amount due to Debtor and is pending but not yet resolved.  Accordingly, Trustee has shown a value of $1.00 to indicate the asset is being administered.

The defendants filed a  motion to recuse Judge Walker, which was denied and an appeal was filed in the District Court. After the District Court affirmed the order of the Bankruptcy Court, the defendants appealed to the USCA.  The appeal was denied. A PTC is set for 4/23/25 in Bankruptcy Court.  Trial set for 12/9/25. Trial concluded, awaiting decision

A/R Case ShVa - Action was settled.  Settlement amount is confidential and Trustee does not yet know amount of settlement.  The amount of attorney fees to which Debtor is entitled has not yet been determined.  Adversary proceeding 320-ap-90002 seeks to determine amount due to Debtor and is pending but not yet resolved.  Accordingly, Trustee has shown a value of $1.00 to indicate the asset is being administered. The defendants filed a motion to recuse Judge Walker, which was denied and an appeal was filed in the District Court. After the District Court affirmed the order of the Bankruptcy Court, the defendants appealed to the USCA.  The appeal was denied.  A PTC was set for 4/23/25 in Bankruptcy Court. Trial set for 12/9/25.  Trial concluded; awaiting decision

In Adversary 323-ap-90036 B. Cummings seeks determination of his attorney fees in this case. A. Hagh filed a motion to dismiss the Adversary which was denied and the matter is on appeal to the District Court and now to the USCA. The appeal was denied. Trial set for 3/23/26. Motion for default against defendants Keefer and Hagh was filed and granted.  Evidentiary hearing set for May 19,2026.  Motion for comp and settle between Cummings and Trustee filed; opposition filed, hearing set for April, 22,2026

A/R Case FiOs: case settled. Adversary 320-ap-90002  pending re dispute as to entitlement of fees. $715,000.00 of the fees ordered in escrow with Court.

The defendants filed a  motion to recuse Judge Walker, which was denied and an appeal was filed in the District Court. After the District Court affirmed the order of the Bankruptcy Court, the defendants appealed to the USCA.  The appeal was denied. A PTC is set for 4/23/25 in Bankruptcy Court. Trial set for 12/9/25. Trial concluded, awaiting decision

Collected:
  A/R Case RuAr:  $11,111.11
  A/R Case BaHc: $11,265.54
  A/R Case WaMo: $ 8,165.85
  A/R Case KnRi:  $19,131.42

A/R Case BaHu - CM will not receive fees in this case.
A/R Case BeLb  - CM will not receive fees in this case.
A/R Case BrRe  - CM will not receive fees in this case.
A/R Case DyVa  - CM will not receive fees in this case.
A/R Case SaRo - CM will not receive fees in this case.
A/R Case WhPa - CM will not receive fees in this case.
A/R Case WoMi - CM will not receive fees in this case.

**Case No.:** 19-07235

**Case Name:** CUMMINGS MANOOKIAN, PLLC

**For Period Ending:** 03/31/2026

**Trustee Name:** (620290) Jeanne Ann Burton

**Date Filed (f) or Converted (c):** 11/06/2019 (f)

**§ 341(a) Meeting Date:** 12/02/2019

**Claims Bar Date:** 04/01/2020

**Major Activities Affecting Case Closing:**

schedules are at DE 1,7,9 and 10

11/18/19-motion to employ P. Young filed

12/02/19- documents requested at the moc

12/03/19 e-mail to J. Lefkovitz re bank statements and credit card statements and documents requested at moc

12/09/19-objection to motion to employ P. Young filed; hearing is 12/17/19

12/10/19 attend hearing on TRO against Hagh Law in Lawrenceburg

12/11/19 review proposed TRO order

12/11/19 discuss witness and exhibit list with P. Young for motion to employ special counsel

12/13/19 t/c John Konvilinka re appeal-his name was given to me by debtor's counsel;e-mail to debtor's counsel re supplying info

12/13/19 t/c Charles Malone at Butler Snow re appeal-he represents the appellees

12/17/19 hearing on Motion to employ special counsel- court took matter under advisement

12/20/19-order re:  TE app to employ special counsel gives the TE until 12/24/19 to file supp. app and more info

12/21/19-supplement to app. of TE to employ special counsel filed

12/23/19-order granting application to employ Thompson Burton PLLC entered

12/23/19-B. Manookian filed request for leave to respond in opposition and objection to app. to employ Thompson Burton PLLC

12/23/19-prep of suggestion of bk in Ct. of Appeals

12/26/19-order denying B. Manookian request for leave to respond entered

01/02/20-prep of suggestion of bk in Circuit Ct (mail)

01/02/20-send demand letter to A. Hagh (to d/m case against Debtor)-reg and cert. mail

01/02/20-file asset notice; last day to file claims is 4/1/2020

01/03/20- review order from COA re oral arguument

01/08/20-adversary complaint filed

01/08/20-expedited motion/order for turnover of funds filed

01/09/2020-order setting hearing on motion for turnover of funds entered, deadline to object to the relief is 1/14/2020 at 4pm; hearing is scheduled for 1/15/2020 at 1:30pm

01/14/20-objection to expedited motion for turnover filed

01/14/20-NOA filed by John Spragens-attorney for Hagh Law

01/14/20-Plaintiff's reply to objection of Hagh Law PLLC filed

01/15/20-Hagh Law filed motion to strike Plaintiff's reply to objection

01/15/20-summons and notice of pretrial -pretrial is 3/10/20

01/15/20 attend hearing on motion for turnover of funds

01/16/20-order entered for turnover of funds-funds to be deposited with Bk Court Clerk by 11:59 pm 1/21/20; final hearing will be 2/5/20

01/17/20 review order re turnover of funds and setting final hearing

01/28/20-review poc filed by Grant Konvlinka-based on default judgment

01/28/20-motion to compel turnover of records filed; hearing is 2/11/20 (responses due by 2/7/20)

01/31/20-prep and file motion for sanctions for violation of automatic stay-Hagh Law/Afsoon Hagh

01/31/20-review NOA filed by Craig Gabbert (had returned earlier phone call)

02/03/20 -phone call with C. Gabbert, atty for Ms. Hagh and Hagh Law

02/03/20-hearing on motion for turnover of records rescheduled to 2/18/20

02/03/20-hearing on motion for sanctions is 2/18/20

02/06/20-order on expedited motion for turnover of funds submitted (Clerk to continue to hold the $715,000)

02/07/20-response to motion to compel filed by B. Mannokian and S. Lefkovitz

02/07/20-proposed a/o submitted re:  complaint in Circuit Court dismissed and motion for sanctions is moot

02/11/20-hearing on  motion to compel turnover of records continued to 3/3/20

02/24/20-motion for entry of default against defendants in adversary was filed

02/24/20-entry of default entered in the adversary

03/03/20-hearing on motion to compel continued to March 24, 2020

03/03/20-motion to continue pretrial conference in adversary to March 24, 2020 filed

03/04/20 consult with L. Williams re any requirement to file 2019 return-no requirement

03/10/20-agreed order for turnover of monies held by Receiver filed

03/13/20-prep of motion to employ Accountant

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 19-07235
**Case Name:** CUMMINGS MANOOKIAN, PLLC

**For Period Ending:** 03/31/2026

**Trustee Name:** (620290) Jeanne Ann Burton
**Date Filed (f) or Converted (c):** 11/06/2019 (f)
**§ 341(a) Meeting Date:** 12/02/2019
**Claims Bar Date:** 04/01/2020

03/16/20 answers filed in adv proceeding; entry of default will be withdrawn
03/17/20 hearing on motion for turnover will be continued to 4/21/20; pretrial continued also
04/01/20 e-mail to D. Puryear re order for turnover of funds
04/07/20-file order to employ Accountant-had wrong effective date on it
04/07/20-filed amended order to employ Accountant
04/14/20-motion to continue hearing on motion to compel  and adversary pretrial conference filed
04/15/20-order continuing hearings to May 19 at 10:15 am entered
04/25/20-motion to approve fee/expense division filed
05/15/20-motion to continue hearing on turnover of records and motion to continue pretrial in adv. filed
05/18/20-order to continue hearing on turnover and pretrial to June 30, 2020 entered
0518/20-objection to motion to approve fee and expense division filed; hearing is scheduled for 5/26/20 at 10 am
05/22/20-motion to cont. hearing on motion to approve fee/expense division filed; expedited order submitted
05/26/20-order to cont. hearing on motion to approve fee/expense division entered-hearing will be 6/9/20
06/09/20-order approving fee and expense division among Debtor and Cummings Law filed
06/29/20-motion and expedited order to continue hearing on motion to compel turnover filed
06/29/20-order to continue hearing entered; hearing is 8/18/20 at 10:15 am (Telephonic)
08/17/20-joint pretrial statement filed in adv. 20-90002
08/19/20-adv pretrial has been continued to 1/12/2021 at 10:15 am
08/19/20-order compelling turnover of documents entered
09/03/20-review e-mail and phone call with P. Young re document production
09/28/20- follow up with P. Young re documents and written discovery
10/30/20-prep of notice of status of bk case to be filed in Ct. of Appeals
11/09/20-e-mail to P.  Young re written discovery
11/23/20 review draft of written discovery
12/16/20 review e-mail from P. Young responding to requests for additional time to respond to written discovery
01/12/21 pretrial conference has been continued for 90 days; written discovery is outstanding
02/01/21 review discovery responses and requests; t/c P. Young
02/24/21-pretrial conference rescheduled for 4/16/21
02/25/21 responses for request for admissions sent to Mr. Spragens
03/02/21-email and mailed to P. Young-  plaintiff's responses to first and second set of written discovery
03/03/21-motion for stay of all discovery; hearing is 4/7/21 at 11am
03/12/21-prep of letter to BK Clerk for certified copies
03/17/21-t/c S. Lefkovitz re funds collected in state court receivership
03/28/21- response to motion to stay filed
04/02/21- discuss tax filing requirements with L.Williams
04/02/21- t/c P. Young re upcoming hearing on motion to stay discovery in adversary proceeding
04/07/21-motion to stay discovery is granted in part; discovery is stayed at least through 5/26/21.  Hearing set for 5/26/21
04/07/21-pretrial conference continued to 5/26/21
05/18/21-prep of motions to disallow claim 3, 4, and 6
05/18/21-claim 1 was withdrawn
05/19/21-review draft settlement agreement re claim 5; e-mail proposed changes to P. Young
05/26/21-order further staying discovery and continuing pretrial to July 21, 21 filed
06/14/21 t/c P. Young to discuss  claim 6( R. McCarthy)  and discussions with atty re claim 3;discuss attorney's liens
06/17/21-response to objection to claim # 3 and #4 filed by Phillip North; hearing will be held 6/25/21 at 11 am.
06/21/21-t/c P. Young to discuss objection filed by P. North and other case matters
06/22/21-motion to continue hearing on TE objection to claims 3 and 4 to on or after July 15, 2021 filed by P. Young
06/24/21-hearing on objection to claims 3 and 4 reset to July 21,  2021
06/29/21-notice of extension of time to respond to objection to claim 6 (extended to 7/19/21)
07/06/21-motion for comp/settle filed re: claim 5
07/13/21-review draft of settlement agreement (McCarthy) and discuss same with P. Young.  Review email from C. Gabbert re:  Chase settlement and discuss with P. Young
07/19/21-t/c P. Young re claim objections/settlements and upcoming hearing on discovery and ptc in adversary; discuss other case matters

**Case No.:** 19-07235

**Case Name:** CUMMINGS MANOOKIAN, PLLC

**For Period Ending:** 03/31/2026

**Trustee Name:** (620290) Jeanne Ann Burton

**Date Filed (f) or Converted (c):** 11/06/2019 (f)

**§ 341(a) Meeting Date:** 12/02/2019

**Claims Bar Date:** 04/01/2020

07/19/21-a/o resolving TE objection to claim 3 & 4 filed

07/20/21-a/o resolving TE objection to claim 6 filed

07/20/21-emergency motion to continue pretrial in adv. filed; a/o entered; pretrial will be continued until 8/11/21 at 11am

07/27/21 review status report request from state supreme court

07/27/21-objection to motion for comp/settle filed by J. Spragens for Manookian PLLC and B. Manookian; hearing is 8/11/21 at 11am;objection also filed by creditor Konvilenka

07/28/21 review charging order re state court action(Phillip North)

07/29/21 file notice of status of bk case with TN Supreme Court

08/04/21 orders regarding claims 3, 4 and 6 entered.

08/09/21-hearing on objections to motion for comp/settle continued until 9/17/21 at 11 am.

08/09/21-pretrial in Adversary continued until 9/17/21 at 11 am.

09/01/21-t/c P. Young re upcoming hearing on objections to motion for comp and settle

09/13/21-review drafts of responses to objections to motion for comp and settle; t/c P. Young to discuss; review final drafts

09/14/21-TE response to objection of Grant, Konvalinka & Harrison, PC to motion for comp/settle filed

09/14/21-TE response to B. Manookain objection to proposed Chase claim and settlement filed

09/15/21-TE exhibit and witness list for hearing on TE motion for comp and settle filed

09/15/21-B. Manookian's exhibit and witness list for TE motion for comp/settle filed

09/17/21-hearing continued to 9/29/21 at 1pm

09/23/21- review and discuss motion to approve participation of P. Young at 9/29/hearing and motion re standing

09/24/21-motion to strike B. Manookian's objection and to preclude his participation in the 9/29/21 hearing

09/24/21 review order re hearing entered by Judge Walker

09/24/21 review revised proffer re Trustee testimony

09/27/21-response to TE motion to strike B. Manookian's objection

09/29/21- attend hearing on Trustee's motion to approve comp and settle; objections thereto and motion re standing of B. Manookian

09/30/21-review proposed order re Sept 29 hearing

10/01/21-order granting motion for comp/settle and finding B. Manookian lacks standing entered

10/05/21-review e-mails and order re state court proceeding in Chase v Stewart;Debtor not party to that action

10/14/21-notice of appeal and statement of election to District Court filed by J. Spragens

10/20/21-review response to motion/order setting ptc; review e-mail from P. Young re ptc

10/28/21-statement of issues on appeal filed by J. Spragens;discuss this and other case matters w/P. Young

11/02/21-review meet and confer letters re discovery after discussing with P. Young

11/04/21-t/c P. Young re case matters

11/22/21-prepare and send letter to state court clerk as requested re contact information and upcoming hearing

12/17/21-t/c P. Young re discovery requests from Hagh Law; letter re atty fee lien in ShVa( Asset #13)case from C. Gabbert; motions to compel discovery and appeals brief

12/20/20- review final draft of appellee brief in appeal by B. Mannokian

12/20/21-motion to compel discovery from Manookian, PLLC , Hagh Law, PLLC and Afsoon Hagh filed

12/22/21-hearing on motion to compel is 1/5/22 at 11am

12/23/21-a/o to continue hearing to 2/2/22 filed

01/03/22-t/c P. Young re subpoenas and a/r matters (ShVa( Asset #13)case)

01/07/22-review response to subpoena (privilege log);e-mail P. Young re same

01/14/22- t/c P. Young re McCarthy subpoena response and other subpoena matters; other discovery issues; discuss appeal of comp and settle;discuss ShVa( Asset #13)case fee issues

01/18/22-review state court order re sealed documents and granting motion for stay pending outcome of the appeal of the settlement with creditor Chase

01/18/22 review e-mail re fee matters in ShVa( Asset #13)case

01/19/22-Manookian PLLC motion to compel responses to interogs filed; hearing is 2/16/22

01/24/22-1/27/22 review, discuss and revise discovery responses to Hagh Law in adversary proceeding

01/27/22 final review of attachments to production of documents;e-mail P. Young re same

01/28/22-discuss proposed protective order with P. Young

01/31/22-review motion to compel to Mr. Fitzgerald re subpoena; t/c P. Young upon receipt of e-mail from C. Gabbert re protective order and discovery

01/31/22-hearing on motion to compel Fitzgerald is 2/16/22; hearing on motion to compel continued to

**Case No.:**  19-07235

**Case Name:**  CUMMINGS MANOOKIAN, PLLC

**For Period Ending:**  03/31/2026

**Trustee Name:**  (620290) Jeanne Ann Burton

**Date Filed (f) or Converted (c):**  11/06/2019 (f)

**§ 341(a) Meeting Date:**  12/02/2019

**Claims Bar Date:**  04/01/2020

2/16/22; pretrial hearing continued to 2/16/22

02/02/22-protective order entered

02/09/22-TE response to Manookian PLLC motion to compel filed

02/14/22-revised protective order entered

02/16/22-submitted order continuing hearings and pretrial conference filed; hearings rescheduled for 3/17/22

03/02/22-t/c P. Young re discovery issues, review e-mails from C. Gabbert and J. Spragens

03/07/22-District ct order entered vacating bk court order re legal standard applied re standing in Chase settlement matter

03/09/22- review protective order (with Manookian PLLC)

03/10-3/11/22-review amended discovery responses  after discussion with P. Young; e-mails to P. Young re same

03/13/22-review e-mails to J. Spragens and C. Gabbert re amended discovery responses

03/15/22-review state court order denying Hammervold motion for summary judgment re Chase party matters; judge's order says he needs to hear all facts from live witnesses

03/15/22-prehearing status report  filed re:  3/17/22 hearing

03/17/22- attend hearing on motions to compel

03/18/22- copy of cd of hearing requested

03/22/22- discuss complaint filed by B. Cummings with P. Young

03/25/22-notice regarding motions to compel order filed; submitted expedited order to compel discovery responses

03/28/22- order regarding discovery entered

04/4/22-4/19/22 review State of Tennessee Dept of Revenue notice of levy to  Metropolitan Bank;  T/C L. Williams, accountant  re state notice of levy; send copy of bk notice to L. Williams who provided to collection agent; awaiting response; subsequent t/c and e-mails with L. McCloud and B. McCormick, Senior Assistant Attorney Generals, Bankruptcy Division to have the lien released before the levy date and to avoid motion to quash and  for sanctions; levy was released before deadline for bank to send funds to the Dept of Revenue ; Department of Revenue has filed a proof of claim

04/11/22-expedited motion to schedule pretrial conference on or before 4/15/2022and to continue depositions filed

04/14/22-order re:  discovery matters and denying expedited motion for pretrial conference and cont. of depositions

04/20/22-4/21/22- Defendants' depositions of Trustee and P. Young

04/25/22-review notices of deposition for B. Manookian and A. Hagh; make notes; e-mail to P. Young ;t/c P. Young re changes to notice of deposition and discuss other case matters; review changes and reply to P. Young

04/29/22-agreed order rescheduling deposition of A. Hagh and Hagh Law, PLLC

05/05/22-notice of depo of R. McCarthy, B. Cummings and M. Fitzgerald

05/05/22-motion to recuse Judge Walker filed by J. Spragens; order scheduling response date 5/27/22 and hearing   6/29/22 at 1pm

05/10/22-Trustee attended deposition of B. Manookian

05/18/22-Trustee attended deposition of A. Hagh

05/19/22-motion to continue depositions and reset deadlines filed; order submitted filed by C. Gabbert

05/25/22-expedited motion to set telephonic hearing on motion to continue depositions filed by C. Gabbert

05/25/22-expedited order on motion to set telephonic hearing at 1pm 5/25/22

05/27/22-response to Manookians's motion to disqualify Bankruptcy Judge filed by C. Gabbert

05/27/22-Plaintiff's response to Manookian motion to disqualify Bankruptcy Judge filed

05/31/22-notice of deposition of Judge Walker filed by J. Spragens

06/01/22-order quashing deposition of Judge Walker entered

06/02/22-revised notice of deposition of Ronette McCarthy filed

06/03/22-revised notice of deposition of Brian Cummings filed

06/06/22-amended notice of deposition of Marty Fitzgerald filed

06/14/22-B. Manookian filed notice of appeal (in District Court)and statement of election re:  order quashing notice of deposition of Judge Walker (DE 178)

06/20/22-TC P. Young re Fitzgerald subpoena; review e-mail to J. Spragens re same

06/21/22 review reply from J. Spragens;discuss with P. Young

06/22/22-review e-mail from P. Young to J. Spragens re cancellation of deposition upon Fitzgerald objection communicated by J. Spragens

06/24/22-motion for summary judgment and memorandum filed  by J. Spragens

06/27/22-t/c P. Young re upcoming hearing, discovery matters and MSJ

**Case No.:** 19-07235

**Case Name:** CUMMINGS MANOOKIAN, PLLC

**For Period Ending:** 03/31/2026

**Trustee Name:** (620290) Jeanne Ann Burton

**Date Filed (f) or Converted (c):** 11/06/2019 (f)

**§ 341(a) Meeting Date:** 12/02/2019

**Claims Bar Date:** 04/01/2020

06/28/22-expedited motion/order setting status conference; pretrial conference is 7/13/22 at 11am

06/29/22-appellants statement of issues on appeal and designation of record filed by J. Spragens

06/30/22-notice re:  dep of M. Fitzgerald filed

06/30/22-withdraw motion for status conference

07/18/22-review defendants' motion re summary judgment and response

07/22/22- motion to compel deposition and motion to stay deadline filed; response filed on 7/28/22 by J. Spragens; Plaintiff filed response on 7/28/22

07/25/22-order denying mfsj by defendants entered

08/04/22- t/c P. Young to discuss case matters and appeals

08/31/22-review draft of Trustee's brief in appeal to District Court of Judge Walker's order to quash subpoena for his deposition; discuss proposed changes with P. Young.

09/06/22 appeal brief has been filed

10/18/22 review state court order of settlement between Chase Parties and M. Hammervold; review 2 subpoenas issued by B. Manookian to M. Hammervold re same

10/31/22- review Chase and Mr. Manookian's status updates to state court re staus of bk court proceeding

11/01/22- appeal of order quashing notice of deposition of Judge Walker still pending

12/01/22- appeal still pending

01/19/23-appeal still pending-review reply e-mail from L. Williams re no tax return required to be filed for 22

02/07/23-t/c P. Young re status of pending matters

02/12/23-review district court order denying appeal re subpoena

03/08/23-t/c P. Young re case matters and appeal deadline; discuss district court order regarding Cummings lawsuit being transferred to Bankruptcy Court

03/10/23-Court has set hearing on motion to disqualify judge for March 28, 2023

03/14/23 t/c P. Young to discuss upcoming hearing-in person on 3/28/23; Cummings lawsuit has been transferred and the complaint has been filed.

03/28/23-hearing on motion to disqualify judge continued to 4/4/23 at 8am.

04/04/23- attend hearing on motion to disqualify judge; motion was denied; Judge Walker to set hearing on adversary matters

04/11/23 -Trustee's motion to continue hearing set for 5/25/23 filed; motion to schedule ptc filed

4/19/23- Notice of Appeal filed  by defendants -order denying motion to recuse judge

05/05/23; review draft of motion to dismiss appeal of order denying motion to recuse judge for failure to comply with Bk Rule 8009 and District Court LBR 81.01; t/c P. Young to discuss matter and proposed changes

05/30/23-review appellants brief filed re appeal of recusal order

06/22/23-review draft of appellees brief; t/c to discuss with P. Young; review revised draft

07/02/23-review e-mail with attached motion to continue the trial and motion for summary judgment in the Chase state matter and set a status conference

07/11/23-t/c to P.  Young re case matters

07/25/23-T/C P. Young re response to BM renewed objection to settlement agreement with Chase parties

07/26/23-review draft of Trustee's response and reply to P. Young

08/01/23 review e-mails re w/d of motion for summary judgment by B. Manookian in the state court Chase matter

08/02/23- review notice and proposed order of dismissal of the state court Chase matter-against B. Manookian, individually

08/03/23-23-ap-90036-review B. Cummings response to motion to dismiss

08/15/23- t/c P. Young to discuss witness and exhibit list for upcoming hearing on Aug 30 in the main case

08/21/23-t/c P. Young re witness and exhibit list filed by BM and discuss other case matters

08/23/23-review motion to disqualify Judge Walker filed in main case

08/28/23-review order denying motion to disqualify; matter appealed to District Court

08/30/23- attend hearing on motion to dismiss in Cummings matter and motion re standing of BM and Chase settlement motion(not heard b/c of pending appeal)

09/21/23- send status report of bk case to C. Malone

10/20/23 t/c P. Young re case matters and briefing schedule in appealed matters

10/27/23-review draft of brief re appeal of denial of  motion to recuse in the main case; discuss with P. Young; review revisions

11/22/23-t/c P. Young re status of appeals and upcoming briefing deadlines(Cummings matter)

12/21/23-review draft of Appellee brief re Cummings/arbitration; t/c P. Young to discuss same

12/26/23-revew brief filed by B. Cummings

1/10/24 e-mail P. Young re outstanding matters

**Case No.:** 19-07235

**Case Name:** CUMMINGS MANOOKIAN, PLLC

**For Period Ending:** 03/31/2026

**Trustee Name:** (620290) Jeanne Ann Burton

**Date Filed (f) or Converted (c):** 11/06/2019 (f)

**§ 341(a) Meeting Date:** 12/02/2019

**Claims Bar Date:** 04/01/2020

02/05/24-t/c P. Young to discuss Judge Walker's order(s) setting scheduling conference and status hearing in the main case and status conference in adversary case for 2/7/24 at 11AM

02/07/24- attend hearing

02/09/24 review orders approving compromise and settlement of Chase claim and order finding that B. Manookian lacked standing to object.

02/16/24-t/c P. Young re appeal to 6th Circuit on recusal matter and discuss mediation notice

02/23/24-orders re settlement and standing appealed to District Court

02/25/24-t/c P. Young re t/c with mediator re 6th Circuit appeal- mediation would be of the entire adversary proceeding

03/02/24- review drafts of mediation statements due in 6th circuit appeal; discuss with P. Young

03/11/24-mediation to be cancelled -mediator has not spoken with Mr. Spragens

03/14/24-review show cause order to B Manookian from 6th Circuit in one of the appeals

03/14/24-review draft of motion to dismiss untimely appeal in District Court; discuss with P. Young

03/25/24- review e-mail from P. Young re mediation in 6th Circuit matter; discuss with P. Young

04/01/24 t/c with P. Young to discuss mediation in 6th Circuit matter

04/2/24- review scheduling order in District Court; t/c P Young re same

04/05/24- mediation in 6th Circuit set for 4/17/24;start preparation for mediation

04/17/24-participate in mediation; resumes 5/14/24

05/14/24- participate in mediation; no resolution

06/01/04 -review B. Manookian's response to show cause order and motion for voluntary dismissal re main case and appellants brief regarding the adversary case(6th Circuit)

06/06/24-review draft of Trustee's reply to B. Manookian's response to Trustee's motion to dismiss untimely appeal filed in District Court; e-mail to P. Young re same; t/c P. Young to discuss status of appeals and when our 6th Circuit brief is due

06/17/24-t/c P. Young re district court order denying appeal Cummings adversary (can proceed in bk court)

06/27/24- t/c P. Young re draft of brief in 6th Circuit appeal

08/20/24-t/c P. Young re mediation in 6th Circuit on Cummings adversary

08/29/24-participate in mediation in 6th Circuit on Cummings adversary

09/17/24t/c P. Young to discuss case matters

10/15/24-District Court order entered granting Trustee's motion of untimely appeal of BK court order that B. Manookian lacked standing to object to Trustee's motion for comp and settlement of the Chase claim and order granting the Trustee's motion to approve the settlement of the Chase claim; no appeal to Sixth Circuit so the settlement is approved

11/07/24-review draft of debtor's appeal brief in Cummings matter

11/08/24-t/c P. Young to discuss debtor's appeal brief in Cummings matter (6th Circuit)

12/9/24- matters still pending- motions to recuse Judge Walker (6th Circuit) and Cummings matter (6th Circuit)

12/23/04-review 6th Circuit order denying motion to recuse Judge Walker

1/27/25-review draft of motion to set status conference after discussing case matters with P. Young

01/30/25-order setting status conference for March 5 has been entered

03/3/05-Motion to continue status conf filed by J. Spragens; trustee filed response; Court entered order denying the motion

03/10/25- Order to continue status conf set for April 23,2024-order to show cause to J. Spragens(response date is 3/25/25)

arguments in 6th Circuit on Cummings adv set for March 18, 2025

03/25/25-review drafts of subpoenas and letters re outstanding discovery

04/10/25-prepare for subpoena/deposition of Ms. Fitzgerald

PTC SET FOR 4/23/25

04/15/25-review draft of status report to be filed before PTC after discussion with P. Young

4/16/25 attend zoom depo of Ms. Fitzgerald

04/28/25-review Judge Walker order after PTC ; discuss with P. Young

04/29/25-review documents produced by Ms. Fitzgerald in response to the subpoena

04/30/25-discuss the agreed ptc proposed order and changes and the e-mails with other counsel; review the proposed statement to be filed with proposed order and discuss with P. Young

05/16/25-after discussion with P. Young, approve letter to Mr. Spragens and Mr. Gabbert re updating discovery requests per Court's order

05/27/25-discuss case matters with P. Young and review e-mails re discovery certifications

06/04/25- review e-mail regarding lack of service of subpoena on M. Fitzgerald

06/18/25-review motion to compel or exclude testimony of M. Fitzgerald

**Case No.:** 19-07235

**Case Name:** CUMMINGS MANOOKIAN, PLLC

**For Period Ending:** 03/31/2026

**Trustee Name:** (620290) Jeanne Ann Burton

**Date Filed (f) or Converted (c):** 11/06/2019 (f)

**§ 341(a) Meeting Date:** 12/02/2019

**Claims Bar Date:** 04/01/2020

07/09/25-review drafts of replies to responses of Manookian, PLLC and Hagh Law after reviewing responses and discussing discovery matters with P. Young

07/14/25 t/c P. Young to discuss upcoming hearing(s) on July 16

07/17/25-reviewe draft of atty fee affidavit; send P. Young my comments

07/21/25-review final draft of atty fee affidavit/t/c P. Young

07/22/25- review court's order (DE278); t/c P. Young re case matters

07/30/25- follow up phone calls with P. Young re any response from Hagh and Manookian to Court's discovery order; review draft of motion for Contempt; M Fitzgerald has been served with subpoena for deposition

08/04/25-t/c P. Young re receipt of discovery responses; review supplement to motion for sanctions

08/08/25- review court's order awarding sanctions(DE 283) and scheduling hearing (DE 284)

08/13/25-review response to motion for contempt and sanctions

08/15/25-review draft of second motion for contempt for failure to pay sanctions and discuss with P. Young

08/18/25-review court's order setting hearing(DE18)

08/19/25-t/cs P. Young and review draft of supplement to second motion for contempt to advise court sanctions payment was received

08/20/25-attend show cause hearings remotely; t/c P. Young

08/21/25-review court's order re show cause hearings ; review draft of TB affidavit for fees and e-mail P. Young re same

09/01/05- sanctions fee timely paid; TB filed Notice re same

09/04/25-t/c P. Young re appeal by Hagh and Manookian

09/22/25-motion for summary  reaffirmance was filed and order by District Court Judge Aleta Trauger granted motion and appeal was dismissed

10/02/25-review draft of letter to C. Gabbert and BBS re funds in Keefer matter

11/16/25-review draft of  motion for summary judgment; memorandum; motion to file under seal; t/c P.  Young to discuss questions and proposed changes

11/18/25-review witness list; reply to P. Young e-mail

11/19/25-review defendants' witness list; e-mail to P. Young re same

11/28/25-review draft of reply brief and e-mail P. Young re same

12/07/25-final trial prep-review of documents and meet with P. Young

12/9-10/2025-Trial

03/05/26-review draft of motion for comp and settle with B.Cummings in Cummings v B. Keefer, et al; e-mail comments to P. Young

03/16/26-t/c P. Young re B. Cummings hearing and trial on 3/26/26

03/23/26- review and approve W&E list for hearing on Wed. in Cummings matter on 3/25/26

3/25/26-appear in court- evidentiary hearing set for May 19,2026 at 11am in Cummings matter

01/01/26-obj filed to Trustee and B. Cummings settlement motion; hearing on 4/22/26 at11am

04/16/26-review draft of reply brief in Cummings matter an discuss with P. Young

04/17/26-discuss upcoming hearing in Cummings matter with P. Young

04/22/26-t/c P. Young re hearing on the motion for settlement with B. Cummings and the defendants' objection thereto; review draft of order to be submitted to the Court approving the settlement

**Initial Projected Date Of Final Report (TFR):** 12/31/2020          **Current Projected Date Of Final Report (TFR):** 05/31/2027